DEPARTMENT OF CORRECTIONS
Division of Probation and Parole
DOC-90 (Rev. 10/92)

# CHRONOLOGICAL LOG

64  WISCONSIN

**CLIENT NAME Last** Hober  **First** Hudson Robert  **MI**  **AGENT AREA #**  **PAGE**  **CLIENT NUMBER**

**ADDRESS (Use Pencil)**  **TELEPHONE NUMBER (Use Pencil)** ( )

**CONTACT CODES**

PERSON: 1 Client
2 Collateral

PLACE: 1 Agent's Office
2 Client's Employment
3 Client's Home
4 Jail
5 Other

METHOD: 1 Face-to-Face
2 Phone
3 Mail
4 Other

**SUPERVISION LEVEL**  **CMC CLASS**

**DISCHARGE DATE**

**NOTES** ABSC

**DOCUMENT SPECIAL CIRCUMSTANCES IN RED INK**

| CONTACT DATE MM/DD/YY | PERSON | METHOD | PLACE | DESCRIPTION OF ACTIVITY |
|---|---|---|---|---|
| 6/10 | | | | mac to rpt 6-20-96 10:45 |
| 6/20/96 | | | | failed to respond to missed appt call — |
| 9/16/96 | 1 | 1 | 1 | app issued today — non report |
| 2/13/97 | | | | No process app issued |
| 3/18/97 | | | | stop time issued. |

(CONTINUE ON REVERSE SIDE)

DCC0334

Case 2:16-cv-00019-JPS   Filed 10/10/16   Page 1 of 4   Document 69-1

Exhibit 1015 - 001

| CONTACT DATE MM/DD/YY | CONTACT CODES | | | DESCRIPTION OF ACTIVITY |
|---|---|---|---|---|
| | PERSON | METHOD | PLACE | |
| 6/23 | | | | Screen 77 — |
| 3-31-98 | 2 | 2 | 1 | Case received from 30703 |
| | | | | S in absconder status |
| 9-9-99 | 2 | 2 | 1 | Refer to absc unit |
| 9-21-99 | 2 | 2 | 1 | HIT hold |
| 9-23 | 1 | 1 | 5 | Statement Staff reinstate Release 9-24 |
| 9-28 | 1 | 1 | 1 | job search |
| 10-4 | 1 | 1 | 1 | N/R 10-6 @ 9:15 job search continues |
| 10-20 | 1 | 1 | 1 | W/R 10-20 @ 9:00 Empl + GI Friday 76/ Forest Home water |
| 10-21 | 1 | 1 | 3 | N/R 10-3 AV all OK |
| 11-3 / 11-26 | 1,1 | 1,1 | 1,1 | Fees paid $80 HV all ok |
| 12-20 | 1 | 1 | 3 | HV Col w mother |
| 12-29 | 1 | 1 | 1 | $80 paid $50 Empl seeking better job N/R 1-12 |
| 1-19-00 | 1 | 1 | 1 | Discuss poor reporting |

DCC0335

Case 2:16-cv-00019-JPS   Filed 10/10/16   Page 2 of 4   Document 69-1   Exhibit 1015 - 002

# DEPARTMENT OF CORRECTIONS
Division of Community Corrections
DOC-90 (Rev. 7/96)

## CHRONOLOGICAL LOG

WISCONSIN  65

| AGENT AREA # | PAGE |
|---|---|
| | |

**OFFENDER NAME** Last: Huber   First: Robert   MI:    DOC NUMBER:

**ADDRESS** (Use Pencil):    TELEPHONE NUMBER (Use Pencil): ( )

**CONTACT CODES**

PERSON: 1 Offender
2 Collateral

PLACE: 1 Agent's Office
2 Offender's Employment
3 Offender's Home
4 Jail
5 Other

METHOD: 1 Face-to-Face
2 Phone
3 Mail
4 Other

SUPERVISION LEVEL:
DISCHARGE DATE:
NOTES:
CMC CLASS:

**DOCUMENT SPECIAL CIRCUMSTANCES IN RED INK**

| CONTACT DATE MM/DD/YY | PERSON | METHOD | PLACE | DESCRIPTION OF ACTIVITY |
|---|---|---|---|---|
| 2-8-00 | 1 | 1 | 3 | HC all OK |
| 2-23 | 1 | 1 | 1 | Agt fired / job search discuss HWH in 60 day if not gainfully employed. M/R 3-8 @ 9:00 |
| 3-8-00 | 1 | 1 | 1 | A reported / ag. out John paid $50 |
| 3-22 | — | — | — | FTR |
| 3-30 | 2 | 2 | 3 | Call spoke to father states A moved — address unknown |
| 3-31 | 1 | 1 | 3 | HV left card |
| 4-5 | — | — | — | FTR |

(CONTINUE ON REVERSE SIDE)

DCC0336

| CONTACT DATE MM/DD/YY | CONTACT CODES | | | DESCRIPTION OF ACTIVITY |
|---|---|---|---|---|
| | PERSON | METHOD | PLACE | |
| 4-13 | 2 | 2 | 3 | Spoke to mother stated ∆ stops by occasionally. Filed report / face consequences |
| 5-26 | 2 | 2 | 1 | APP ISSUED |
| 6-20 | 2 | 2 | 1 | Stop time waived. Refr to absc unit |
| 8-00 | 2 | 2 | 1 | Rest set at -0- due to inability to locate victim |
| 9-12 | 2 | 2 | 3 | Call to mother told her if he paid 420 would discharge |
| 9-19 | 2 | 2 | 3 | Now 254.9 to fees from withheld ct obs ballance $66 Correction Fees total 480 254 applied 126 ballance |
| 9-28 | | | | letter sent |
| 10-11-00 | 2 | 2 | 1 | HIT hold multi ct of ∆ assault per Det McIntosh WA PD |
| 11-17 | 1 | 1 | 4 | Statement Stuffer - REV |
| 11-28 | 1 | 1 | 4 | REV/KRNG |
| 2-8-01 | 1 | 1 | 4 | SAK = 18 yrs WSP PSI to ct |
| 4-25 | 2 | 2 | 1 | |
| 5-1 | 2 | 2 | 1 | ADA Gahn - ∆ received 81 mo CS |

DCC0337

Case 2:16-cv-00019-JPS Filed 10/10/16 Page 4 of 4 Document 69-1 Exhibit 1015 - 004