| DEPARTMENT OF CORRECTIONS | RECOMMENDATION FOR ADMINISTRATIVE ACTION | | ENTERED ON | WISCONSIN |
|---|---|---|---|---|
| Division of Probation and Parole DOC-44 (Rev. 01/95) | | | 324 LEDGER | Administrative Code Chapters DOC 331 & DOC 328 |

| NAME (Last Name First) | CLIENT NUMBER | DATE OF BIRTH | SEX OFFENDER |
|---|---|---|---|
| HUBER II, ROBERT W | 193205 | [redacted] | ☐ YES  ☒ NO |

☐ **PAROLE CASES AFFECTED**

☐ ☐
☐ ADDITIONAL: _____
☐ ALL CASES
MR DATE  ☐ OLD LAW  ☐ NEW LAW
☐ BOTH  ☐ JUVENILE AFTERCARE

☒ **PROBATION CASES AFFECTED**

A ☒ 88F0113  ☐
☐ ADDITIONAL: _____
☒ ALL CASES

| PRESENT ADDRESS OR WHEREABOUTS -- IF IN CUSTODY, WHERE? | DATE PLACED IN CUSTODY ON DOC HOLD | EFFECTIVE DATE OF VIOLATION |
|---|---|---|
| [redacted] | 9-22-99 | 4-2-96 |

### AGENT'S RECOMMENDATION

☐ Stop time effective _____ (date)
☒ Start time (reinstate probation or parole)
  ☒ Time tolled from  4-2-96  (date)
  ☐ No time tolled
☐ Request for death certificate. Date of death: _____ Place of death: _____
☐ Transfer to _____ city _____ county.

*A DOC-3 is needed for all the following actions.*

☐ Revocation of probation (Imposed and Stayed Sentence)
☐ Revocation of probation and return to court (Sentence Withheld)
☐ Revocation of parole - old law:
  ☐ Recommend forfeiture of ___ years ___ months ___ days good time.
  ☐ Approve earning of good time on forfeited good time.  ☐ YES  ☐ NO
☐ Revocation of parole - new law:
  ☐ Recommended reincarceration for ___ years ___ months ___ days.
☐ Revocation and return to EAS / LHS (Juvenile cases only)
☐ Withdraw revocation request
☐ Discharge (Use only for Administrative or Early Discharge)
☐ Corrections to the accompanying computer information (No approvals necessary)
☐ Other - Explain:

**RECOMMENDATION SUBMITTED FOR THE FOLLOWING REASON**
(FOR ANY REVOCATION ACTION ATTACH A DOC-414 INSTEAD OF COMPLETING THIS SECTION):

The aforesaid has been located and satisfactorily accounted for his whereabouts and activities while in absconder status.

| AGENT'S SIGNATURE | DATE SUBMITTED | AREA NUMBER |
|---|---|---|
| Mike Valeski | 9-30-99 | 32409 |

### SUPERVISOR'S REVIEW

☒ APPROVE  ☐ DISAPPROVE   ☐ WAIVERS ATTACHED   ☐ HEARINGS REQUESTED

| FIELD SUPERVISOR'S SIGNATURE | DATE SIGNED |
|---|---|
| Steven L. Landreman | 10/01/99 |

### REGIONAL CHIEF'S REVIEW

☒ APPROVE  ☐ DISAPPROVE   REGIONAL CHIEF'S SIGNATURE

| | DATE SIGNED |
|---|---|
| John _____ | 10/4/99 |

Current Agent Area #: 32409    As of: 03/31/98    Date printed: 05/10/98

DCC0019

Case 2:16-cv-00019-JPS   Filed 10/10/16   Page 1 of 4   Document 65-2   Exhibit 1016 - 001

| DEPARTMENT OF CORRECTIONS<br>Division of Probation and Parole<br>DOC-44 (Rev. 01/95) | RECOMMENDATION FOR ADMINISTRATIVE ACTION | | WISCONSIN<br>Administrative Code<br>Chapters DOC 331 & DOC 328 |
|---|---|---|---|
| NAME (Last Name First)<br>HUBER II, ROBERT W | CLIENT NUMBER<br>193205 | DATE OF BIRTH | ABSCONDER<br>☐ YES ☒ NO |

**ENTERED ON 324 LEDGER**

☐ PAROLE CASES AFFECTED

☐
☐ ADDITIONAL:
☐ ALL CASES
MR DATE  ☐ OLD LAW  ☐ NEW LAW
        ☐ BOTH    ☐ JUVENILE AFTERCARE

☒ PROBATION CASES AFFECTED

A ☒ 88F0113
☐ ADDITIONAL:
☐
☒ ALL CASES

| PRESENT ADDRESS OR WHEREABOUTS -- IF IN CUSTODY, WHERE? | DATE PLACED IN CUSTODY ON DOC HOLD<br>9-22-99 | EFFECTIVE DATE OF VIOLATION<br>4-2-96 |
|---|---|---|

### AGENT'S RECOMMENDATION

☐ Stop time effective _____ (date)
☒ Start time (reinstate probation or parole)
  ☒ Time tolled from  4-2-96  (date)
  ☐ No time tolled
☐ Request for death certificate. Date of death: _____ Place of death: _____
☐ Transfer to _____ city _____ county.

*A DOC-3 is needed for all the following actions.*

☐ Revocation of probation (Imposed and Stayed Sentence).
☐ Revocation of probation and return to court (Sentence Withheld).
☐ Revocation of parole - old law:
  ☐ Recommend forfeiture of _____ years _____ months _____ days good time.
  ☐ Approve earning of good time on forfeited good time.  ☐ YES ☐ NO
☐ Revocation of parole - new law:
  ☐ Recommended reincarceration for _____ years _____ months _____ days.
☐ Revocation and return to EAS / LHS (Juvenile cases only)
☐ Withdraw revocation request.
☐ Discharge (Use only for Administrative or Early Discharge)
☐ Corrections to the accompanying computer information (No approvals necessary)
☐ Other - Explain: _____

**RECOMMENDATION SUBMITTED FOR THE FOLLOWING REASON**
(FOR ANY REVOCATION ACTION ATTACH A DOC-414 INSTEAD OF COMPLETING THIS SECTION):

The aforesaid has been located and satisfactorily accounted for his whereabouts and activities while in absconder status.

| AGENT'S SIGNATURE<br>Mike Walesh | DATE SUBMITTED<br>9-30-99 | AREA NUMBER<br>32409 |
|---|---|---|

### SUPERVISOR'S REVIEW

☒ APPROVE  ☐ DISAPPROVE    ☐ WAIVERS ATTACHED  ☐ HEARINGS REQUESTED

| FIELD SUPERVISOR'S SIGNATURE<br>Steven A. Landreman | DATE SIGNED<br>10/01/99 |
|---|---|

### REGIONAL CHIEF'S REVIEW

☒ APPROVE  ☐ DISAPPROVE   REGIONAL CHIEF'S SIGNATURE    DATE SIGNED 10/4/99

Current Agent Area #: 32409        As of: 03/31/98        Date printed: 05/10/98

DCC0020

Case 2:16-cv-00019-JPS   Filed 10/10/16   Page 2 of 4   Document 65-2   Exhibit 1016 - 002

DEPARTMENT OF CORRECTIONS
Division of Probation and Parole
DOC-247 (Rev. 03/90)

WISCONSIN
Administrative Code
Chapter DOC 328

## REQUEST FOR REINSTATEMENT

| CLIENT NAME | CLIENT NUMBER | CLIENT STATUS |
|---|---|---|
| Huber, II, Robert W | 193205 | ☒ PROBATION  ☐ PAROLE |

I, _Robert W. Huber II_, admit that I violated the rules and conditions of my probation/parole supervision on or about _4-2-96_ by _absconding from supervision thru 9-21-99._

I hereby request the Wisconsin Department of Corrections to reinstate my probation/parole. I also acknowledge that the period of my probation/parole was tolled i.e., stopped running, from the date of my violation until reinstated by the Department pursuent to Sec. 57.072, Wisconsin Statutes.

If on parole, I also acknowledge that _____ years _____ months and _____ days time is available for forfeiture and that all or part of it may be forfeited pursuant to Sec. 53.11(2a), Wisconsin Statutes.

SIGNATURE OF CLIENT: *[signed]*  
DATE SIGNED: 9/28/99

SIGNATURE OF WITNESS(ES): *[signed]*

DEPARTMENT OF CORRECTIONS
Division of Community Corrections
DOC-96B (Rev. 9/96)

Region 3    copy-y

WISCONSIN
Wisconsin Statutes
Section 304.072

# ORDER REINSTATING PROBATION

(32409)

| OFFENDER NAME | DOC NUMBER | COURT CASE NUMBER |
|---|---|---|
| HUBER II, Robert W | 193205 | 88F0113 |
| OFFENSE(S) | STATUTE(S) VIOLATED | |
| Forgery (Uttering) | 943.38 (2) | |
| TERM OF PROBATION | DATE PLACED ON PROBATION | DATE OF ALLEGED VIOLATION (on or about) |
| 4 years | 11/03/88 | 04/02/96 |

WHEREAS, A Probation Violation Warrant was issued on    April 2, 1996
                                                                      Date

AND WHEREAS, it appeared from the reports submitted by the Division of Community that the probation violation before referred to should be reconsidered for the reason(s) that:    ENTERED FEB 17 2000

The aforesaid has accounted for his/her whereabouts and activities while in absconder status.    32409

AND WHEREAS, it has been found that the aforesaid has violated the terms of his/her probation as evidenced by:

☒ Aforesaid's signed acknowledged admission of violation of his/her probation as alleged.

☐ Hearing Examiner found that the aforesaid violated his/her probation as alleged.

NOW THEREFORE, IT IS ORDERED, that the aforesaid probation be reinstated pursuant to Wisconsin Statutes, effective    September 28, 1999    to serve the balance of his/her period of probation which is now determined shall expire on    December 31, 2001    Unless otherwise discharged Pursuant to law.

Witness my hand and the Seal of the
Wisconsin Department of Corrections
at Madison, Wisconsin

STATE OF WISCONSIN
Department of Corrections

_Janice L. Cummings_
DCC Regional Chief / Designee

16 day of February, 2000

DCC0643

Case 2:16-cv-00019-JPS   Filed 10/10/16   Page 4 of 4   Document 65-2   Exhibit 1016 - 004