Huber

# Supervision Fee Payment Book 0587875

Department of Corrections

Division of Community Corrections

DOC-1563 (Rev. 1/2008)
Wisconsin Statutes
Section 304.074

DCC1724

PAYMENT AGREEMENT ☐ REPLACEMENT BOOK

COUPON BOOK #: 05878875

OFFENDER NAME (As it Appears on the Court Order)
(First Name, Middle Initial, Last Name, Suffix)

Robert Huber

DOC NUMBER: 193205

DATE OF BIRTH (MM/DD/YYYY): [redacted]

DATE PLACED ON SUPERVISION: 5/14/13

I have been instructed in the use of this payment book by my agent. I am aware that this obligation is part of my condition of supervision and failure to make an effort to meet this obligation may affect my supervision status and may result in the intercept of my income tax refund and/or lottery winnings. At this time I understand that I am obligated to pay $ 20.00 * per month which, given my current length of supervision, will result in a total obligation at this time of $ TBD *. *These amounts are subject to change.

OFFENDER SIGNATURE
X [signature]

DATE SIGNED: 5-21-13

AGENT SIGNATURE
[signature]

AGENT NUMBER: 30909

DATE SIGNED: 5/31/13

DISTRIBUTION: White Copy - Ledgerkeeper / Designee, Yellow Copy - Offender File, Pink Copy - Remains in Book

DCC1725

Exhibit 1017 - 002



DCC1726

Exhibit 1017 - 003

DEPARTMENT OF CORRECTIONS - WISCONSIN
DOC-500PP (Rev. 08/95) **RECEIPT** *SAVE THIS OFFICIAL RECEIPT*

**No.**1492924 **PP**

INSTITUTION/CITY Milw DCC DATE 1-14-00 33409

RECEIVED FROM Robert Huber $ 50.00

FOR (Purpose) ~~Cl~~ Oobies Fifty and 00/100 ——— DOLLARS

FOR ACCOUNT OF (OFFENDER NAME) Same

DOC NUMBER 193205

☐ CHECK # ☒ MONEY ORDER # 152920

MO. COMPANY Cox Bk

RECEIVED BY E H c L 3M2

DCC1727

No. 1504808 PP

DEPARTMENT OF CORRECTIONS - WISCONSIN
DOC-500PP (Rev. 08/95)      RECEIPT       SAVE THIS OFFICIAL RECEIPT

INSTITUTION/CITY                          DATE
New. DCC                                  1/20/2000              32409

RECEIVED FROM                                                   $ 25.00
Robert Huber

FOR (Purpose)                                          o o                    DOLLARS
Ct. Obligations | Twenty Five & /100
                                                               DOC NUMBER
FOR ACCOUNT OF (OFFENDER NAME)
Same                                                            1 193205

☐ CHECK #              ☒ MONEY ORDER #  CR-68 4367912   RECEIVED BY
                         MO COMPANY  Western Union      C. Hudson        31795

DCC1728

Exhibit 1017 - 005

**DEPARTMENT OF CORRECTIONS - WISCONSIN**
DOC (Rev. 8/89)

**RECEIPT**                                    *SAVE THIS OFFICIAL RECEIPT*          PP No. 885779

| | |
|---|---|
| INSTITUTION/CITY DOC / Milw. | DATE 3-30-93 |

RECEIVED FROM
Robert Huber                                                          $ 10.00

FOR (Purpose)
Q. Obligs. Jen and                                              ∞/100 DOLLARS

FOR ACCOUNT OF (INMATE/CLIENT NAME)              INMATE/CLIENT NUMBER
Robert Huber                                          193205-A

☐ CASH   ☐ CHECK   ☒ MONEY ORDER      RECEIVED BY
                                                   Jonia Smith 306006

DCC1729

DEPARTMENT OF CORRECTIONS - WISCONSIN
DOC-500 (Rev. 8/89)

**RECEIPT**   SAVE THIS OFFICIAL RECEIPT   P P № 271380

INSTITUTION/CITY   DATE

DOC-Milwaukee   11-7-90

RECEIVED FROM

Robert Huber   $ 10.00

FOR (Purpose) Court Obligations   Ten   DOLLARS

FOR ACCOUNT OF (INMATE/CLIENT NAME)   INMATE/CLIENT NUMBER

Robert Huber   193205

☐ CASH   ☐ CHECK   ☒ MONEY ORDER   RECEIVED BY

_Gwen A. Eitman_

DCC1730

Exhibit 1017 - 007

DEPARTMENT OF CORRECTIONS - WISCONSIN
DOC-500 (Rev. 8/89)

**RECEIPT**

SAVE THIS OFFICIAL RECEIPT    PP № **271383**

INSTITUTION/CITY    DATE
DOC Milwaukee    12-21-90

RECEIVED FROM
Robert Huber    $ 10.00

FOR (Purpose)    Court Obligations    Ten    DOLLARS

FOR ACCOUNT OF (INMATE/CLIENT NAME)    INMATE/CLIENT NUMBER
Robert Huber    193205-A

☐ CASH    ☐ CHECK    ☒ MONEY ORDER    RECEIVED BY
Gwen A. Sitmann

DCC1731

Exhibit 1017 - 008

**DEPARTMENT OF CORRECTIONS - WISCONSIN**
DOC-500 (Rev. 8/89)

**RECEIPT**                                    *SAVE THIS OFFICIAL RECEIPT*   P P № 271382

INSTITUTION/CITY       DOC Milwaukee          DATE  11-23-90

RECEIVED FROM          Robert Huber                              $ 10.00

FOR (Purpose)          Court Obligations                    Ten —      DOLLARS

FOR ACCOUNT OF (INMATE/CLIENT NAME)  Robert Huber        INMATE/CLIENT NUMBER  193205-A

☐ CASH   ☐ CHECK   ☒ MONEY ORDER     RECEIVED BY  Gwen A. Ertmann

DCC1732

Exhibit 1017 - 009

**DEPARTMENT OF CORRECTIONS - WISCONSIN**
DOC-500 (Rev. 8/89)

| RECEIPT | SAVE THIS OFFICIAL RECEIPT | P P № 271376 |
|---|---|---|

INSTITUTION/CITY DOC Milwaukee  DATE 10-9-90

RECEIVED FROM Robert Huber  $ 50.00

FOR (Purpose) Ct. Obligations  Fifty — DOLLARS

FOR ACCOUNT OF (INMATE/CLIENT NAME) Robert Huber  INMATE/CLIENT NUMBER 193205. A

☐ CASH  ☐ CHECK  ☒ MONEY ORDER  RECEIVED BY buer A. Eitmann

DCC1733

Exhibit 1017 - 010

**DEPARTMENT OF CORRECTIONS - WISCONSIN**
DOC-500 (Rev. 8/89)

**RECEIPT**          SAVE THIS OFFICIAL RECEIPT    P P N⁰ **276133**

INSTITUTION/CITY    DOC        DATE   9/26/90

RECEIVED FROM    Robert Huber         $ 40.00

FOR (Purpose)   Court Obligations    Forty Dollars & No Cents   DOLLARS

FOR ACCOUNT OF (INMATE/CLIENT NAME)   Robert Huber    INMATE/CLIENT NUMBER   193205-A

| CASH | CHECK | X MONEY ORDER | RECEIVED BY   Cora Hudson-Pfaff |

DCC1734

Exhibit 1017 - 011

**DEPARTMENT OF CORRECTIONS - WISCONSIN**
DOC-500 (Rev. 8/69)

**RECEIPT**  SAVE THIS OFFICIAL RECEIPT  P R № 274898

INSTITUTION/CITY  DOC  DATE  9/11/90

RECEIVED FROM  Robert Huber  $ 40.00

FOR (Purpose)  Court Obligations  Forty Dollars + No Cents  DOLLARS

FOR ACCOUNT OF (INMATE/CLIENT NAME)  Robert Huber  INMATE/CLIENT NUMBER  183205-A

☐ CASH  ☐ CHECK  ☒ MONEY ORDER  RECEIVED BY  Cora Hudson-Pfaff

DCC1735