To: 32409

From: Cashier Unit – Susan Sam

**Money is holding on the attached case**

The attached case has incomplete obligation information. I have highlighted the information that is needed. Please attach the information to this memo and return to my attention.

Any questions regarding the attached may be directed to Susan (608) 266-1918 or e-mail to Susan J Sam

DCC0827

```
                          CLIENT ACCOUNT INQUIRY                    CACU-I77C
INQUIRY DATE:  05 16 00                      PROJECTION DATE:  05 16 00

CLIENT #:  193205          NAME:  HUBER, ROBERT    II
CASE ID:  A01    COURT CASE #:  88F0113   A   DISCHARGE DATE:  12 31 2001 UOP
AREA #:   32409    OB IN PROCESS:  $     317.00  CF IN PROCESS:  $       0.00
OVERDRAWN   $       0.00    CF:  $      0.00   PREVIOUS LEDGER EXISTS:   NO
PRIORITY:  N        CASE REMITTED:  NO      CLIENT SOLELY RESPONSIBLE:  YES
#VICTIMS:       0           CASE TYPE:   STATE PROBATION
                ORDERED      CODE           PAID          HELD           DUE
       CC:  $                          $              $              $
       FN:  $                          $              $              $
       AF:  $                          $              $              $
       RT:  $    6221.23     C         $      0.00    $     0.00     $   6221.23
       OT:  $                          $              $              $
      VWA:  $      60.00     C         $      0.00    $     0.00     $     60.00
      VWB:  $                          $              $              $
      DNA:  $                          $              $              $
 SURCHARGE: $     314.06               $      0.00    $     0.00     $    314.06
  INTEREST:                            $              $              $
     TOTAL: $    6595.29               $      0.00    $     0.00     $   6595.29

   COMMENT:   07/26 & 07/28/87
** PRESS ENTER FOR "B02" CASE INFORMATION OR USE PF KEY TO EXIT **
```

Doc-31

Victim info



RECEIVED MAY 23 2000 By____

Date: 5/16/ 0  Time: 01:11:05 PM

DCC0828

Case 2:16-cv-00019-JPS   Document 69-4   Filed 10/10/16   Page 2 of 2    Exhibit 1018 - 002