Tommy G. Thompson
Governor

Jon E. Litscher
Secretary



Mailing Address

301 S Blount Street
P O Box 8980
Madison WI 53708-8980

Fax No.: 608-261-6782

# State of Wisconsin
## Department of Corrections

DATE: 9-7-00

MEMORANDUM

ENTERED 324 SEP 2 0 2000

SEP 14 2000

From ~~TO:~~ to  Agent 32409

~~FROM:~~ (Cashiers Unit)

RE: Offender Robt Huber

SEP 27 2000

Number 193205.A

SUBJECT: Held Money

_____ The above offender has $_____ in savings. Please advise what you wish done with these funds. Release of these funds requires a Disbursement Order, DOC-32.

_____ The above offender has work release funds in his/her account of $_____. If you wish to clear this account, please submit a Disbursement Order, DOC-32.

__X__ The Cashiers Unit is holding $254.00 in Client Funds because obligations on his/her active case(s) have been paid. Please advise if:

_____ additional obligations are due;

_____ this is an overpayment/refund to the offender; or,

__X__ a check should be made out to the Department and forwarded to the agent for supervision fees in the amount of $254.00; and, the offender should be refunded $ -0- .

_____   9-19-00
Agent Signature                Date

DCC0838

Case 2:16-cv-00019-JPS   Document 69-5   Filed 10/10/16   Page 1 of 1   Exhibit 1019 - 001