DEPARTMENT OF CORRECTIONS
Division of Management Services
DOC-31 (Rev. 07/92)

WISCONSIN
Wisconsin Statutes
Section 973.20

# RESTITUTION ORDERED

## OFFENDER TO PAY RESTITUTION

| OFFENDER'S NAME | DATE OF BIRTH | COURT CASE NUMBER | DOC NUMBER |
|---|---|---|---|
| HUBER, Robert | | F88-0113 | 193205-A |

| AGENT AREA NUMBER | NAME OF JUDGE | COUNTY | CIRCUIT COURT BRANCH | RESTITUTION AMOUNT ORDERED TOTAL |
|---|---|---|---|---|
| 32409 | William Gardner | Milwaukee | 16 | =0= |

BY THE COURT:

FILED CRIMINAL DIVISION
AUG 23 2000
JOHN BARRETT
Clerk of Circuit Court

ENTERED SEP 324
Judge
8-22-00
Date Signed

## VICTIM REIMBURSEMENT DATA

**INSTRUCTIONS:** Victim's name must be entered if not the same as payee. If Payee is Insurance Company, then reference / policy number must be entered.

**VICTIM(S) TO RECEIVE RESTITUTION**

| VICTIM'S NAME | DATE OF CRIME | RESTITUTION TO BE RECEIVED $ |
|---|---|---|

Payments are to be disbursed by the Department of Corrections PAYEE'S NAME
☐ DIRECTLY TO VICTIM
☐ ON BEHALF OF VICTIM TO - Specify:
REFERENCE/POLICY NUMBER
MAIL RESTITUTION TO - Street    City    State    Zip Code
OTHER INFORMATION

| VICTIM'S NAME | DATE OF CRIME | RESTITUTION TO BE RECEIVED $ |
|---|---|---|

Payments are to be disbursed by the Department of Corrections PAYEE'S NAME
☐ DIRECTLY TO VICTIM
☐ ON BEHALF OF VICTIM TO - Specify:
REFERENCE/POLICY NUMBER
MAIL RESTITUTION TO - Street    City    State    Zip Code
OTHER INFORMATION

| VICTIM'S NAME | DATE OF CRIME | RESTITUTION TO BE RECEIVED $ |
|---|---|---|

Payments are to be disbursed by the Department of Corrections PAYEE'S NAME
☐ DIRECTLY TO VICTIM
☐ ON BEHALF OF VICTIM TO - Specify:
REFERENCE/POLICY NUMBER
MAIL RESTITUTION TO - Street    City    State    Zip Code
OTHER INFORMATION

RECEIVED
DEPT. OF CORRECTIONS

☐ SEE REVERSE SIDE

DCC0845

RECEIVED SEP - 1 2000

DCC0846

Exhibit 1020 - 002

DEPARTMENT OF CORRECTIONS
Division of Management Services
DOC-31 (Rev. 07/92)

# RESTITUTION ORDERED

WISCONSIN
Wisconsin Statutes
Section 973.20

## OFFENDER TO PAY RESTITUTION

| OFFENDER'S NAME | DATE OF BIRTH | COURT CASE NUMBER | DOC NUMBER |
|---|---|---|---|
| HUBER, Robert | [redacted] | F88-0113 | 193205-A |

| AGENT AREA NUMBER | NAME OF JUDGE | COUNTY | CIRCUIT COURT BRANCH | RESTITUTION AMOUNT ORDERED TOTAL |
|---|---|---|---|---|
| 32409 | William Gardner | Milwaukee | 16 | =0= |

FILED
CRIMINAL DIVISION
AUG 23 2000
JOHN BARRETT
Clerk of Circuit Court

BY THE COURT:
[signature]
Judge
8-22-00
Date Signed

## VICTIM REIMBURSEMENT DATA

**INSTRUCTIONS:** Victim's name must be entered if not the same as payee. If Payee is Insurance Company, then reference / policy number must be entered.

**VICTIM(S) TO RECEIVE RESTITUTION**

### VICTIM

| VICTIM'S NAME | DATE OF CRIME | RESTITUTION TO BE RECEIVED $ |
|---|---|---|

Payments are to be disbursed by the Department of Corrections PAYEE'S NAME
☐ DIRECTLY TO VICTIM
☐ ON BEHALF OF VICTIM TO - Specify:

REFERENCE/POLICY NUMBER

MAIL RESTITUTION TO - Street | City | State | Zip Code

OTHER INFORMATION

### VICTIM

| VICTIM'S NAME | DATE OF CRIME | RESTITUTION TO BE RECEIVED $ |
|---|---|---|

Payments are to be disbursed by the Department of Corrections PAYEE'S NAME
☐ DIRECTLY TO VICTIM
☐ ON BEHALF OF VICTIM TO - Specify:

REFERENCE/POLICY NUMBER

MAIL RESTITUTION TO - Street | City | State | Zip Code

OTHER INFORMATION

### VICTIM

| VICTIM'S NAME | DATE OF CRIME | RESTITUTION TO BE RECEIVED $ |
|---|---|---|

Payments are to be disbursed by the Department of Corrections PAYEE'S NAME
☐ DIRECTLY TO VICTIM
☐ ON BEHALF OF VICTIM TO - Specify:

REFERENCE/POLICY NUMBER

MAIL RESTITUTION TO - Street | City | State | Zip Code

RECEIVED
AUG 25 2000
DEPT. OF CORRECTIONS

OTHER INFORMATION

☐ SEE REVERSE SIDE

DCC0847

(AD – 75)

# CORRESPONDENCE / MEMORANDUM     STATE OF WISCONSIN

Date:    June 30, 2000           File Ref:    HUBER, Robert
                                                                         Prob. 193205-A

To:      The Honorable William Gardner             Court Case: F88-0113
        Milwaukee Circuit Court
        Branch 16

From:    Michael Walczak, #32409
          **Probation & Parole Agent**

Subject:    Determination of Restitution

---

## COURT HISTORY
**DATE SENTENCED:** 11/3/88
**LENGTH OF SENTENCE:** Withheld, 4 Yrs. Prob.

**COMMITTING OFFENSE & STATUTE NO:**    Forgery (U)(2 Cts.); 943.38(2)

**COMMITTING COURT:** Milwaukee Circuit Court, Branch 16, Judge William Gardner

**COURT ORDERED CONDITIONS:** Restitution – $6221.23

**RESTITUTION RECIPIENT:** See attached page for explanation!

**REASON FOR REQUEST:** Phone calls were made on the following dates:

Letters were sent to the victim on the following dates:
The victim has sent a claim back indicating the amount of the loss is ____(1) $ _____ or ____ (2) the victim wishes to make no claim.
____(3) There has been no response to the above-listed attempts to contact the victim.

**RECOMMENDATION:** Therefore, it is respectfully recommended that:

    ____ restitution be set in the amount of _____ This amount has been reviewed with the defendant
         and defendant has waived his/her rights to a hearing and agrees       is the amount owed and to
         be ordered by the Court as restitution.
                                               **OR**
    ____ an evidentiary hearing be scheduled to settle the matter of restitution determination.
                                               **OR**
    ____ restitution be set at zero. The defendant is aware of the fact that the victim has a right to make a claim at any time during incarceration/parole/probation.

**PLEASE SIGN THE ATTACHED C-31 OR C-37.**
***For additional information, see Page 2*

DCC0848

Case 2:16-cv-00019-JPS    Document 69-6    Filed 10/10/16    Page 4 of 5    Exhibit 1020 - 004

(AD – 75)

# CORRESPONDENCE / MEMORANDUM  STATE OF WISCONSIN

Date: June 30, 2000

To: The Honorable William Gardner
Milwaukee Circuit Court, Branch 16

From: Michael Walczak, #32409
**Probation & Parole Agent**

Subject: Determination of Restitution

File Ref: HUBER, Robert
Prob. 193205-A

Court Case: F88-0113

---

**RESTITUTION RECIPIENT (continued):**

**ADDITIONAL INFORMATION & COMMENTS**

We are asking the court to please Amend the original restitution order setting restitution at $6221.23 and now set it at zero instead. We contacted the victims (Firstar Corp.) and (Elan) and I was informed they could not make a claim as this case is too old (1988) and they no longer have records that old. The owner of the stolen credit car was in a nursing home at the time but is no longer around. Therefore, it is respectfully recommended that restitution be set at zero.

DCC0849