Tommy G. Thompson
Governor

Jon E. Litscher
Secretary



Mailing Address

## State of Wisconsin
## Department of Corrections

September 19, 2000

Robert Huber

Robert as you know I have contacted your mother and made her aware of your standings with this department. Due to the old records, etc. your restitution now has been set at zero and that should turn into a civil judgement. However, some monies you paid have been held and now are applied to your supervision fees leaving you with a balance of $166.00. If this money is received, we will allow you to discharge without going to jail. However, if you fail to follow with this we eventually will meet up with you in jail.

Sincerely,

Mike Walczak
State Probation/Parole Officer

MW/clh

DCC0926

Case 2:16-cv-00019-JPS   Document 69-7   Filed 10/10/16   Page 1 of 1   Exhibit 1021 - 001