

# West Allis Police Department
## Incident Report

### I0010256

**Sexual Exploitation of a child**

| | |
|---|---|
| Date: | 10/11/00 |
| Time: | 1230 hrs |

Location:  6511 W GREENFIELD AVE

Investigating Officer:  DETECTIVE MCINTOSH #163

Road Supervisor:

Assisting Squads:  DETECTIVE NOVAK #162

Complainant:  

AV. HPH 476-7776

Victims:  W/F ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

W/F ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

Offender:  HUBER/ROBERT/W M/W DOB ▓▓▓ Homeless

Witness:

Evidence:  SEE NARRATIVE

Property (Stolen/Damaged):

Vehicle Information:

## CASE SYNOPSIS

▓▓▓▓▓▓▓▓▓▓ manager of the rooming house at 6511 W. Greenfield called to report that he was cleaning out apartment #9 and found child pornography. He also reported that a 12-year-old girl had been at this apartment about 2 weeks ago. He reports that he had recently evicted Robert HUBER from apartment #9.

11301 W. Lincoln Avenue West Allis , WI 53227 Telephone: (414)-302-8000 Fax: (414)302-8099

1

DCC0398

Exhibit 1022 - 001


## LARRY SCHUBEL (MANAGER OF ROOMING HOUSE) STATEMENTS

10/11/00 MCINTOSH

Detective NOVAK and I were sent to 6509 W. Greenfield to meet with ██████████ We met in his apartment. He advised us that Robert HUBER had not paid his weekly rent as of 10/06/00. He said that he met with HUBER at about noon this date and advised him to vacate the premises immediately. He seized Mr. HUBER's keys to the apartment and advised him to immediately remove his property.

██████████ provided us a copy of his week to week rental contract and a portion of State Statute 779.43. He said that HUBER did remove some of his property and did vacate his apartment. He said that, a short while later, he went to the room to clean up and remove the rest of Mr. HUBER's property for short-term storage and possible disposal as waste.

**Det. Novak reports:** I further spoke with ██████████ He stated that Huber has rented room #9 at 6511 W. Greenfield Ave. since May of this year. ██████ stated that the room rental is $75.00 per week. The rent is due every Friday. ██████ stated that per Wis. Statute rentals involving rooming houses are similar to motels and eviction is not necessary.

██████████ stated that Huber's rental was not paid on Friday, 10-06-00 and was currently five days late. ██████████ stated that around noon today he informed Huber to vacate the room and to take his belongings with him. ██████████ stated that Huber closed the door to the room. At this time ██████ stated that he could hear the noise of a VHS tape ejecting from the VCR Huber has in the room.

Huber then opened the door and turned over the room keys to ██████████ and left. ██████████ stated that he entered Huber's room and began to collect his items to place them in storage in the rooming houses' attic.

██████████ stated that he has had problems with Huber in the past. He stated that several months ago Huber was "hitting on" ██████████ son. He was warned that his son is "off limits" and to leave him alone.

██████████ stated that about one months ago ( WAPD records show 09-10-00) he called the West Allis Police Department as Huber had a 12 year old girl inside of his room. ██████████ stated that he monitors, via surveillance camera, from his living room the tenants as then enter the front hallway to the building. ██████████ stated that he observed Huber enter the building with a 12-year-old girl. He stated that Huber appeared to have a 12 pack of beer or malt liquor with him at the time.

(WAPD records confirm that Officer Steven Wehr did respond and did find a 12-year-old girl in Huber's apartment.)

██████████ stated that he is a convicted and registered sex offender. He stated that he found it very unusual that Huber would eject the VHS tape. ██████████ stated that he pushed the tape back into the VCR and found the tape contained a video recording of Huber having sex with a very young girl in the

DCC0399



room. ██████████ stated that believes that the girl in the tape is the same 12-year-old that police escorted out of the rooming house a month ago.

██████████ stated that another VHS tape was found under the VCR, which also shows Huber having sex with an underage female. ████████ then led us to the room where Huber was staying, #9. He unlocked the door and showed us the two tapes prior to handing them over to us. ████████ did put tape #1 into the VCR. The tape did show what appeared to be a very young girl nude on the bed. Mr. Schubel then handed us both tapes.

██████████ stated that he also found several packs of photos, which show several females, some nude.

██████████ stated that he was going to place Huber's items into storage but after he found the two tapes and photos he stopped and called the police.

█████████ also showed us the video surveillance camera mounted in the closet.

█████████ also gave me a copy of the room rental agreement that Huber has signed on 5-22-00 along with the rules and state laws. This was later placed on property #20494.

In reviewing this form I found that Wis. Statute #779.43 allow for the property of a roomer to be retained by the management until past rental fees are paid. It is also boldly printed in the rules portion of the agreement.

██████████ stated that we could look for other items if we wanted to prior to his removing the items and placing them in storage.


## PROPERTY LISTINGS

In the room rented by Huber we found the following items which were later placed on property:

#20443 – one 500g can of ethyl ether anhydrous located in the closet.

#20446 A – 2 floppy discs, papers, cassettes, condom from desk NW corner of room
       B – riding crop, tarot cards, long silver finger jewelry, new film from top of TV
       C – drawings, notes, magic book from little desk by bed
       D – sever non-evidentiary VHS tapes.

#20445 A- Symphonic VCR, cables, remote camera, power supply – closet and room

#20458, A – four VHS tapes with nude females and sex acts
       B – 26 photos
       C – 71 photos
       D - 51 photos
       E - 63 photos
       F - 7 photos

DCC0400



G – 44 photos

## PROPERTY LISTING CONTINUED

Det. Novak reports:

On 10-12-00, ██████████ called stated that he had continued to clean out Huber's old room and in doing so found the following items which he turned over to me.

#20444 – misc. papers, VCR remote, photo, 2 car keys, and a title for a 86 Chevy with IS # TCP-131.

#D00-597 – once guitar shaped marijuana pipe with residue, one screwdriver with THC residue, one dental pick with residue and one tooth pick with residue.

On 10-13-00, I received another call from ██████ who stated that he also found a black bra and an envelope addressed to Huber in the room.

The two items were placed on property #20459.

In the items taken from Huber's apartment were letters to a ███████████ Lt. Blaskowski called ████ ██████████ parents and arranged for ████████████ to bring ██████ into the station for an interview after school.

10/12/00 MCINTOSH
### INTERVIEW WITH VICTORIA J WAYCHOFF F/W DOB 04/09/88

(Officer Steven Wehr was contacted regarding the incident that ██████████ has referred to on 10-11-00 in which he had called the WAPD regarding Huber having a twelve-year-old in his room. On 09-10-00. He stated that the girl that was spoken to was ██████████, f/w, DOB of 04-09-88. She was sent on her way from Huber's apartment.

Officer Wehr also viewed the VHS tape, #1, which was found by ██████████ in the VCR owner by Huber. He stated that the nude girl in the tape appeared to be the same girl he has seen on 09-10-00 but he was not positive.

### 10/12/00 MCINTOSH Interview of ████████████

██████████████ came to the station with her mother ████████ Lt. BLASKOWSKI met with them and advised them that I would need to interview ████████

I met with ████████ in the sensitivity room. She is a senior at Whitnall High School. She said that She was 14 when she first met Bob. She identified a Bob as Robert HUBER. She said that she was dating a boy named ██████████ who lived at ████████, which is a couple of doors down from where Bobs parents live. She said that Bob lived there at the time.

Case 2:16-cv-00019-JPS   Document 69-8   Filed 10/10/16   Page 4 of 29   Exhibit 1022 - 004

DCC0401



She said that Bob was in the alley one day and told her that he knew that she liked to sing. He asked her if she wanted to audition with the band that he was in. She told him that she did. She said that she did come over to audition and to watch the band. She said that the band had a female vocalist at the time. She said that the vocalist was a female named ███████ and she would have been about 17 years old at that time.

████████ said that she was living on ████████████████ at this time. She said that Bob invited her to watch the band practice on a regular basis. She agreed. She said that, once or twice a week she would watch the band practice at Bobs house on 72nd Str. She said that Bob began to show her how to play the guitar.

████████ told me that Bob became "touchy-feely" after only a few visits to his house. She said that he complimented her a lot but, at that time, did not make any indecent touching.

████████ told me that Bob invited her over to his house for New Years eve. He told her that he was having a party and that the band members and other people would be there. I note that ███████ was now 15 years old. ████████ also told me that Bob told her that she would continue with guitar lessons and that she would soon be a member of his band.

She said that she went to Bob's party. She said that only she and Bob were at the house when she arrived. She said that Bob gave her a mixed drink. She said that Bob also gave her a marijuana cigarette and that they smoked it.

She said that Bob told her that he was involved in Magic. She said that he was part of a magic group that he wanted to join. He "proved to her" that magic was real by telling her that magic was how he knew that she liked to sing. He had also commented about a night out with her friends at the movies. She did not think that he could have known those things unless he had magic on his side.

She said that he showed her some magic books. She said that he then offered to draw magic runes on her body to protect her from certain spells, which may be cast by members of other magic groups. She said that, because she associated with him, She would become a target of spells. He told her that he could protect her from spells by drawing (wards, my word) on her body.

She said that she allowed him to draw roses on her inner thighs. She said that she did remove her pants and underpants so that he could make this drawing. She said that no other person ever arrived at Bobs New Years party.

████████ made reference to another magic group that was against Bobs magic group. She indicated that one of the persons in this group was a female named ███████ She said that she actually met ███████ once. She said that ███████ was at Bobs house and that she was blond woman about Bobs age.

She said that she continued to go to Bobs house to watch practices and learn guitar. She said She and Bob routinely smoked Marijuana together. She said that Bob continued to draw magic symbols on her crotch. She said that she would leave her top on but have her pants and underpants off. She said that in the middle of February, Bob was drawing a magic symbol on her crotch and just began to have oral sex with her. She described the oral sex as his having his tongue on her vagina and licking her vagina.

DCC0402

Case 2:16-cv-00019-JPS   Document 69-8   Filed 10/10/16   Page 5 of 29   Exhibit 1022 - 005



She said that this continued, still at the rate of her visits to his house of 1-2 times per week. For about 1 month, from the middle of February until the middle of March, Bob would draw wards on her crotch and then have oral sex with her. She reiterated that she was 15 at this time and that, after band practice, and while alone with Bob, they would smoke marijuana and her would perform oral sex on her.

She said that in March, Bob stood in front of her with his penis exposed. She said that she knew that he wanted her to perform oral sex on him. She said that Bob had shown her articles about oral sex. She said that the articles were in his magic books. She said that the books indicated that she could gain power and protection by having oral sex with a male involved in magic.

She said that she did not want to perform oral sex but Bob told her to kneel down and do it. She said that she did perform oral sex on Bob and that he ejaculated and that she swallowed his semen.

She said that she performed oral sex with Bob once a week between March and June. She said that, during this period, Bob also performed oral sex on her.

She said that in June or July, Bob had penis to vagina intercourse with her. She said that Bob did wear a condom. She said that she had intercourse 6 times with Bob. She is pretty sure that Bob wore a condom each time. She said that Bob had intercourse with her about once a month when she was 15 years old, 3 and she had intercourse with Bob 3 times when she was 16 years old. She said that Bob stopped having intercourse with her around the end of that year, possibly in December.

She said that during this time the oral sex continued. She said that all of these events happened at Bobs (parents) house. She said that some happened in the basement and some were in one of the bedrooms upstairs on the second floor (they used both).

She said that this continued into the summer before she turned 17. She said that one time, Bob was babysitting for someone on 65th or 66th and Lapham Str. She remembers that it was in the summer months. She said that there were 3 children in the house. She said that Bob tied her hands to the bed and performed oral sex on her.

████told me that during the summer before she was 17, she began to doubt that there were magical benefits to having oral sex. She said that she was at Bobs parents house and he wanted her to "go upstairs." She said that going upstairs meant that it was time to have sex. She said that she did not want to go upstairs. She said that she did not want to have sex today. She said that Bob grabbed a kitchen knife and held it in front of her face and screamed at her. She said that he said words similar to "If you don't do this, your enemies will kill you, or maybe I will kill you. She said that this action and words caused her to have oral sex with Bob.

████ said that a few weeks later, She did not want to have sex and Bob choked her by the throat and told her to have sex with him and she complied.

At this point I asked ████ if she believes in magic. She said that she does not but does not completely discount the idea that it exists. She said that she feels a little foolish about this but that she feels she was trained to believe this.


I asked her what kind of things she remembered about oral sex and magic. She remembers that oral sex provided protection magic. She remembers reading something about astral projection. She said that she and Bob would sometimes chant things during, before or after sex. She said that she does not remember the words except that it was Latin.

I note that ████████ said that she spent between 1 to 3 hours during her visits with Bob and that She was mainly learning the guitar and then smoking marijuana and then having sex at this point in time.

████████ said that, In March or April of the year that she was 16, her family moved to Hales Corners, where she currently resides. She said that she still attended West Allis Central High School on 85th and Lincoln and that she took a City Bus home.

████████ said that her parents knew that she was visiting Bob and knew that the purpose was guitar lessons. ████████ said that she under-reported the frequency of her visits with Bob. She said that when she had just turned 16 years old, Bob called the school and helped her skip out. She said that her parents found out about this and became angry with Bob. She said that she had to conceal her visits with Bob more at this time.

She said that after school (Central) ended she had to take the bus to see Bob. She said that he did pick her up once and a while. She said that in March or April of the year that she was a junior at Whitnall H.S., she received a call from Bobs parents. She said that they had found 2 video tapes that Bob had made and asked her to come to their house to talk about it.

She said that she did go to their house and that Bobs parents gave her the tapes and said that she could go to the Police if she wanted to. She said that they said that they would understand if she did. She said that they were going to punish Bob for this by kicking him out of their house. She said that she did take and keep the tapes.

She said that the tapes were hidden in her parents house. She said that she did have some other items that Bob had given her or that she had received from him. She said that she had some threatening letters from him and some supposedly magical items.

I asked about the call from the parents and her discovery that Bob had been video taping them having sexual contact with each other. She said that Bob had told her about the tapes a few months before this but that she had not seen the tapes. She said that, after she started her Junior year at Whitnall, Bob told her that he had the tapes. He told her that she was not coming to see him enough and that if she did not change this, he would distribute the tapes to her parents, or school friends, or the internet.

She said that she stopped going to see Bob in spite of his threats. She said that he began calling her house and making threats. She said that he began sending threatening letters to her house. She said that other people began calling her house. She said that she had some of the letters that Bob sent her. She said that Bob also began threatening her little sisters safety.

She said that Bob made direct threats and also magical intervention type threats, including murderous threats.

DCC0404

Case 2:16-cv-00019-JPS   Document 69-8   Filed 10/10/16   Page 7 of 29   Exhibit 1022 - 007


██████ said that after the first time that Bob had oral sex with her she began cutting herself. She said that she did it fairly often and, within 2 weeks, her parents noticed this and had her seen by 2 therapists. She said that she saw the therapists for about 2 months. She said that she did not disclose the fact that she was having sex with Bob to the therapist because she feared that they would tell her parents.

She said that she saw Bob about a year ago when she was working at St Ritas festival. She said that she was there with her parents. She said that Bob came up to her. He said "You need to come to my house, there are a lot of things I need to protect you from." She that he then left immediately because her parents were near and they do not like Bob.

She said that the last time she saw Bob was in January of this year. She said that she received a call from a girl named ██████.

She said that ██████ told her that Bob wanted her to return anything that he had given to her. She agreed to meet ██████ for this purpose. She said that she agreed to meet ██████ in the town center parking lot on 68th and Greenfield. She said that she met ██████ and recognized her as a girl that lived near her house when she lived in West Allis.

She said that she brought all of the items that belonged to Bob with her. ██████ asked ██████ if she wanted to go to her (██████) house to talk about Bob and ██████ agreed. She said that ██████ took her to ██████ She said that Bob was waiting inside of the hallway door. She said that she told Bob that her family was waiting outside in a separate car. She said that Bob made her promise to return to his apartment on Saturday. She said that she promised him that she would. She said that she did not return.

I transported ██████ home. I met with her father and mother and discussed this case with limited disclosure. ██████ did retrieve 2 VHS cassette tapes and two pouches and some letters. Mr. ██████ made a call to an old neighbor who said that ██████ may be ██████.

I placed the above property on **20460**.
1. Two video cassettes
2. Red Kerchief with pentagram type symbol
3. Deck of Tarot cards
4. White bag with stones
5. Brown bag with stones
6. 7 letters to ██████

**INTERVIEW OF** ██████ **(MOTHER OF** ██████ **)**

██████ F/W DOB ██████ OF ██████ HPH ██████ WK: MPI (MICRO PRECISION COMPONENTS IN WLAWORTH COUNTY) came to the station with her daughter. We all sat in my office and made some introductions.

DCC0405

Case 2:16-cv-00019-JPS   Document 69-8   Filed 10/10/16   Page 8 of 29   Exhibit 1022 - 008



I then had ██████ sit in the waiting area while I spoke with her mother. I advised her of the nature of this complaint. She said that her daughter visits her estranged husband about every two weeks but does not like going to his house because of his drug usage.

She said that her husband is ████████████████ and that he moved here from Delavan and that neither she or her children are from this area. She said that █████brother, Robert also lives at █████house. She said that Robert is currently incarcerated. She said that █████████████ lives at the house. She said that a person named ████ also lives there. She said that there is a rumor that ████ has indecently touched some girls.

She said that she also has a ████████████████████, that she is concerned about. She said that she did not tell her daughter why she was here today except that it involved her last visit.

### INTERVIEW OF ████████████████████

I then spoke with ████████ She presented as a very amiable girl with age appropriate manners and language. She denies that Bob touched her at all. She said that he did not take photos.

In narrative form regarding her last visit, she said that she was at her dads house on Sunday and that Paul and Junior and Bob were also there. She said that all of the above are friends of her dads. She said that Bob wanted her to make an audiotape of her singing. He told her that he thought that she could be a singer by trade. She said that she obtained permission from her father, and did go to Bobs apartment. S

She said that they stopped along the way and Bob bought her a soda. She said that she waited outside Bobs apartment for a while. She said that he went to get a guitar tuner (electronic).. She said that she went into Bobs apartment and made a singing tape. She said that Bob did not ask her to pose for him. She said that he did not take any photos of her at all. She said that he did not touch her at all. She said that Bob did not use any inappropriate language.

She said that he had her sing several slow songs (none of which she can remember the title of). She said that he gave her a copy of the tape but her mother made her throw it away.

She said that her family has been separated since after Mothers day. She said that she does not like to visit her fathers house because of the drug usage. She said that she has personally seen her father and Bob smoking marijuana.

███████said that she has 3 siblings. ████, 21; ████,14: ████, 16; and ████ 15.

### STATEMENT FROM ████████████████

**10-13-00, Det. Novak reports:** █████████████████ M/W, ████████████, OF ████████████████ father of ████████████ had called looking to speak with a detective on 10-12-00 at 9:45PM. I called him upon returning to work on this date.

DCC0406

Case 2:16-cv-00019-JPS   Document 69-8   Filed 10/10/16   Page 9 of 29   Exhibit 1022 - 009


██████████ stated that on 09-10-00 he did allow his daughter, █████ to go to Robert Huber's home. He stated that in speaking with Huber he thought he was a nice person. He also thought that Huber lived in a home near 72ⁿᵈ St. and not in a rooming house. ████████ stated that Huber had approached him and stated that he needed a babysitter for about an hour and would pay ████ $5.00.

████████████ stated that his daughter begged to go as she wanted the $5.00. ████████ then allow ███ to go with Huber.

I informed ███████████ of the contact Officer Wehr had with Huber and his daughter on 9-10-00. ███ ████ was very upset over this and stated that he would have in no way let his daughter go to the rooming house with Huber alone.

## ████████████ **INTERVIEW**

**10-13-00, Det. Novak reports:** At approximately 1:30PM,████████████████ ████████████████ **no emp. Or home phone** came to the station after being contacted on 10-12-00 by Det. McIntosh. She can be reached through her mother ██████ ████ name was given by Huber to Det. McIntosh on 10-12-00 while in the cell block area, with respect to being the female in one of the videos he had made.

████ had been informed by Det. McIntosh on 10-12-00 that videotapes were found in Robert Huber's room of females having sex with Huber. She stated that she was not aware she was ever on tape and that Huber had done something to her to make her cry.

On this date ████ was interviewed by Det. McIntosh and I in the departments sensitivity room.

████ stated that she attended Franklin High School and completed the 11ᵗʰ grade.

████ stated that she met Huber about three weeks ago while at Lenny's Tavern, 63 & National while there with her boyfriend, ██████ ████ and Huber shoot pool together. While at the tavern Huber told ███ that she was very attractive and that he could get her into modeling. He then gave her a phone # to call if she was interested.

Huber told ████ that she two of her friends, a ██████████ and a party named ████

████ stated that a week ago, Thursday, 10-5-00, around 1:30PM she called Huber regarding her getting into modeling. ████ stated that she then drove to Huber's home and picked him up.

They both went back to ████ home where Huber took several photos (fully clothed modeling type) of ███ and her auto. (The file from these photos was developed by WAPD and were placed on property # 20458.)

████ stated that Huber then wanted to go back to his place to take more modeling photos. ████ stated that she then drove Huber back to his place at ██████████████████ and they went up to his room.

DCC0407

Case 2:16-cv-00019-JPS   Document 69-8   Filed 10/10/16   Page 10 of 29   Exhibit 1022 - 010



Huber had told her she would eventually get 10% of the profit from the modeling once he contacted Europe.

Soon after they arrived Huber told ████████ that she needed to take her clothing off for more modeling photos. Huber then began to take several pictures of her. She stated that soon she was wearing only a bra and panties. Huber wanted her to take off her bra. ████ stated that she first asked Huber, "This is strictly business right?" He stated that it was. She then took off her bra but refused to take off her panties when asked by Huber.

████ stated that Huber took several pictures of her on the bed wearing only her panties. He then told her that he would tie her to the bed for further modeling photos. She stated that she just thought this was more modeling photos and reluctently agreed to be tied to the bed.

████ stated that once her feet and hand were tied to the bed she felt helpless and became very upset. She stated that she soon began to think she was going to die and that she would not see her boyfriend or son again. She stated that Huber continued to take photos of her tied to the bed. She was face down. She stated that Huber then took off her panties leaving her completely nude.

████ stated that Huber then told her, "You're going to take a test...you're going to give me a blowjob." ████ stated that Huber then got in front of her in the bed and pulled his pants down. He then placed his penis in her mouth. He pulled back and his penis came out. She told Huber, "No" that she did not want to do this...that she loved her boyfriend. Huber told her to just think of something good, something nice.

████ stated that Huber then grabbed her by the hair and forced his penis back into her mouth. She stopped again and told Huber, "I can't do this. He again grabbed her hair and put his penis back into her mouth.

████ stated that she was very scared at the time and is still scared. While ████ was telling me about the assault she began to cry several times. She was visibly shaking. She then held her arm and hand out and stated that she was still shaking.

████ stated that Huber also placed his finger into her vagina. He was wearing a long metal ring on at the time.

████ stated that she began to cry when Huber was assaulting her both in the mouth and in her vagina. She stated that Huber then stopped and took his penis out of her mouth but continued to assault her vagina with the ringed finger. She told him five or six times to take the finger out before he did.

████ stated that Huber did untie her and told her, "Don't tell anyone...this is our secret." He also told her that it was part of the "Klan thing" that he is in. He told ████ that this was like the movie "Snake Eyes" ████ stated that in that movie, people did things to others."

████ stated that Huber also told her several times. "Don't worry it will be OK."

████ stated that she got dressed and left.

DCC0408



███ estimated that she was with Huber on 10-05-00 from about 2:30PM – 5:00PM.

I asked ███ why she didn't call the police. She stated that when she was 15 years old she was raped by a male while she was babysitting in Franklin. She stated that nobody believed she was raped but that the police did in fact believe her.

███ stated that she thought that if she just kept it to myself she would be able to cry it all out. On the night of the assault she cried the whole night. She stated that she will never forget turning her head back while being tied to the bed and seeing the face of Huber.

She stated that on the night after the assault she did tell her neighbor about what had happened . Her neighbor is ██████████

███ stated that on Tuesday, 10-10-00, she was at Wendt's bar, 108th & Beloit when she saw Huber again. He was shooting pool with her boyfriend, ████████ She stated that Huber would stare at her and ████ giving them "bad looks."

███ stated that she was never aware or ever informed that Huber was videotaping her at any time while she was in his room on 10-05-00.

### DISCLOSURE TO WITNESS – ██████████

**10-17-00, Det. Novak reports: I contacted and spoke wit**██████████ She stated that she has known ████ and her family since ████ was a little girl. ███ stated she used to be neighbors with ████ but she ███ moved some time ago.

███ stated that on Tuesday, 10-3-00, she had spoken with ████ had told her that she met a man who was an artist and wanted to do a painting of ████ ███ stated that she was skeptical of the idea and told ████ not to go to the mans home alone – that she should take her boyfriend. ████ stated that ███ is more trusting that she should be in her opinion.

███ stated that she next heard from ████ on Friday, 10-6-00, around noon when ████ called her. ███ stated that ███ had told her that yesterday (Thursday 10-05-00) she had gone to Huber's home. ████ told her that Huber had "handcuffed" her then took his private parts out and wanted her to suck on him. ████ stated that she did not do anything.

███ stated that in talking with ████ she wondered if something more did occur but that ███ did not want to say out of embarrassment. ████ stated that she did not push ████ into saying anything more about what had happened. ████ stated that she later found out that Huber was friends with ████ boyfriend, ████, and that maybe Huber did leave her alone if the two males are friends and they shoot pool together.

DCC0409


████ stated that ████ also told her that she was very scared at the time. ████ told her to stay away from Huber and not to ever go back there again.

████ stated that about a week ago she was at Wendt's Bar, 108ᵗʰ & Beloit with ████. She stated that ████ had pointed Huber out to her. ████ stated that neither she nor ████ had any conversation with Huber.

**VIDEO TAPE SEIZED FROM** ████ **– PROPERTY # 20458 #A**

Det. Novak reports: The above listed property was turned over to myself and Det. McIntosh on 10-11-00 by ████ ████ at the time thought that the female in the tape with Huber was the twelve year old girl that he had seen in Huber apartment on 09-10-00. In viewing the tape we found that the female was in fact ████

In viewing this tape I found that there was no audio. The taping takes place at Huber's rental room at ████████████

The visual tape begans with extensive recording of Huber's empty bed. Later in the tape Huber is seen taking still photo of ████ who is nude except for the dark panties she 🔲 wearing. Huber ties ████ hand and feet to the bed and then unties her feet so that he can remove her panties and then reties her feet to the bed again.

He then unties her from the bed and ties her hand behind her back. He then shows her terot cards before un- tying her. She is off the bed and out of the range of the fixed camera.

Huber then has ████ face down on the bed and ties her hand to the bed. Huber then kneals in front of ████ and places his penis in her mouth. After 2-3 seconds ████ stops and faces away from Hubers penis. It is obvious on the tape that she does not want to perform oral sex on Huber. Huber then grabs hold of ████ hair and places his penis in her mouth again. She again stops and he again grabs her hair and puts his penis in her mouth. She again stops and this time Huber grabs ████ hair with two hands and places his penis in her mouth. Again she stops and again he puts his penis in her mouth. ████ is still tied to the bed unable to use her hand to defend or free herself.

████ is very upset and appears to be crying. She turns her head to the side and refused to continue. Huber is seen attempting to lift her head back to his penis by force. He leans to the left and attempts to use his body weight in forcing her to continue the oral sex. His hand is firmly grabbing her hair. Huber then walks away. ████ is seen sitting on the bed, motionless, with her face down. Huber talks to her and gives her a cigarette. Her hands are still tied to the bed.

DCC0410

Case 2:16-cv-00019-JPS   Document 69-8   Filed 10/10/16   Page 13 of 29    Exhibit 1022 - 013



He then ties ████ feet to the bed again.  She is face down.  The tape then ends.

10/13/00 MCINTOSH
I made contact with████████ who said that her sister ████ works at Uptown Lincoln Mercury.  She said that she was working today until 2pm.  I went to Uptown Lincoln Mercury and spoke with ████, who was running the car wash.  She denied knowing Robert HUBER but did know other persons with the last name of HUBER.  She said that she would come to the station to view a photo of Robert HUBER.

████████ father came into the station.  I explained that I did not know that his daughter was involved.  I asked if there was another female that lived nearby named ████  He said that he did not think so but that he did not live with his daughter and her mother.  He said that he would ask around.

10/14/00 MCINTOSH
I received a voice mail message this morning from ████████.  He said there is another girl named ████████ and her last name is ████  I checked and found a possible identification of ████████  I called the number and spoke with ████ mother.  She said that ████ was at a Horse Ranch in the Madison area and did not know when she would be back.  She was advised that I needed to talk to her about Robert HUBER.  She said that she thought that she knew this person and asked if was the guy that was a musician sometimes.  I told her that he was.

████ mother told me that another girl was also involved with Robert HUBER.  She indicated that this person was (with computer)████████  In checking this identification I learned that ████ had made a suicide attempt on 10/12/00.  I learned that she had been transported to children's hospital and a Police hold had been placed for her further conveyance to CATC.

I called and learned that ████ was no longer at Children's and found that she had been conveyed last night at about 2300 hrs to CATC.  I called CATC and spoke with ████████ the RN in charge of ████████ ward.  I gave her a brief description of the investigation.  I advised her that I would like access to ████ when appropriate.  She said that speaking with me will be discussed with ████ by either ████████ or ████ on Monday.

10/14/00 MCINTOSH
**INTERVIEW OF** ████████

DCC0411



# West Allis Police Department
## Incident Report

### I0010256

I called ████████████████████. She answered the phone and agreed to talk to me about this file. She said that she is in transition in regards to housing but can be reached at ████████████ or through her grandmother, ████████████████.

████ was a singer for Bobs band and was the ████████████ referred to as being 17 year old girl that was in the band when Bob first brought her over to his parents house. She said that she has known Bob for about 8 years now and joined the band when she was 14 years old.

She said that, at the time she joined the band, Bob was still going out with his college girlfriend ████. She added that ████ is the only ████ she knows.

████████ knew that Bob had been arrested when I called. I told her that this was a sexual assault investigation and asked her if she was a victim. She said that she was not. She said that Bob made a pass at her one time and believes that the forcefulness of her rejection prevented further intimations.

████████ said that she knows about ████. She said that she has heard about girls named ████ and ████ but has not met them. She said that there may be a girl named ████████ who may be about ██ age, that was raped. She said that ████ tried some modeling and was assaulted by Bob.

She said that she left the band about the time that ████ started coming around. She said that the entire band kind went there separate ways at this time. She said that one of the reasons that she left the band was that she felt uncomfortable with how close Bob seemed to ████

████ said that she kind of had an idea that something funny may have been going on. She said that the only provocative thing that Bob ever did was to show her drawings of women in chains or with demons.

She said that ████ was Bobs girlfriend and said that Bob had a lot of anger toward her. She said that Bob told her that, one day everything was fine and the next, she told him that she was cheating on him. She did not know ████ last name.

She said that ████ first showed up at band practice around 1996. She said that ████████ was probably assaulted in 1995.

In regards to an event in the 6500-6600 Block of W. Lapham. ████ said that she does know this residence. She does not know the address but said that Bob was dating a woman named ████. She said that ████ sister lives there but it is midblock on the north side of W. Mitchell Str. She said that they live in an upper flat and that this woman (████ sister) has 3 kids that Bob babysat. She thought that the oldest was a 10-year-old girl and 2 unknown younger children.

She noted that ████ was about 35 years old but built like a 12-year-old. She said that ████ was less than 5 feet tall and very small framed.

She said that she considers herself to be Bobs friend but does not condone Statutory Rape and will assist prosecution if needed.

DCC0412



I checked the local computer and find a possible identification of ████████████ ████████████████████████████ I called the above number and left a message on the machine.

**10/15/00 MCINTOSH**

I received a voice mail from ████████████ requesting that I call her back. I called back and left a message on her machine. She then called me back a short time later. She said that she had no idea why I was calling. She said that she was getting ready for work and that she works at the New Berlin Public Library.

I told her that I had arrested Robert HUBER. She immediately became very emotional, stating, "Oh, my God." I told her that he had been arrested for sexual assault and asked ████ if she was willing to come to the station to talk to me. She said that she had been sexually assaulted and that she never made a disclosure because Bob had told her that she would be sued for defamation of character.

I asked her if she would be willing to make a statement and go to court and she said that she would. She said that she would be in the station 10/16/00 at 1300 hrs.

I also called ████████████ and advised her that I would like some access to her daughter. I explained that Robert HUBER had been arrested and that her daughters name had been mentioned as a possible victim. She said that She and her daughter both worked at the Burger King on 106th and Greenfield Ave. She said that Robert and her daughter worked nights and that she worked days.

She said that she will be meeting with her daughter today and will advise her that I called and that I wish to talk to her about possible assaults and possibly obtain names of any other persons that associated with Robert HUBER.

I called the ████████████ and advised them that I wished to take this case down to the DA's Office on Wednesday as opposed to Monday. They said that this will not be a problem.

I called the ████ and spoke with the records and identification clerk. She said that Robert HUBER is currently at the House of Correction and that he can only be released by his probation agent.

**10/16/00 MCINTOSH**

I received a call from ████████████████ She said that she told her daughter that I wanted to talk to her. She said that ████ did make a disclosure to her. She said that they advised the staff that I was coming and had permission to speak with ████

---

DCC0413



# West Allis Police Department
## Incident Report

I went to CATC. I spoke with ███████ ██████ took me to ██████ ward and introduced me to the staff. He consulted the chart and found that I had parental and patient permission to conduct this interview. It was decided that, I would interview in the presence of ███████████ R.N., if ██████ was alright with this.

██████ agreed and the 3 of us sat in the sunroom. I note that ████ chose to hold ██████ hand while walking to the sunroom and during the interview at times.

██████ said that she met Bob in the parking lot in the rear of the George Webb restaurant on 72n$^d$ and Greenfield. She said that she was with █████ at the time. She said that █████ nd she had been at avant-garde to check on the price of a new barbell for ████ s tongue. She said that they had also checked on the price of a tattoo at Altered Evolutions ████████ ).

She said that Bob called "Hey, come here." She said that she was not impressed with Bobs appearance and felt uneasy. She said that Bob told them that he was looking for a singer for his band, "Nephlum." He also told them that he was producing a movie and had flyers. She said that he ran back to his (parents) house and gave them a Compact Disc with music from his band on it.

He said that he asked them to meet him later, at the Burger King on 67th and Greenfield. She said that they met Bob at the above mentioned Burger King at about 8:00PM. She said that they all went to his apartment on 65th and Greenfield. She said that they went upstairs into his room. She said that they both sat in the room and that she sat by a deck of tarot cards. She said that she is fascinated by Tarot. She said that Bob talked to them for quite a while, mostly history and moviemaking. She said that Bob is an excellent talker and found herself hanging on his words.

She said that Bob wanted to meet them again but made arrangements to meet them separately. She said that She felt Bob had some kind of control over her mind. She said that Bob told them that if they did not meet with him, bad things would happen.

She said that she did go to Bobs house a few days later. She said that she went alone. She said that Bob did a tarot card reading for her. She said that they talked about making a movie. She said that Bob then spoke to her about magic. She said that he told her that she was the chosen one. He said that she was destined to take his place on the council. He told her that he could give her power.

He then asked her if she was to smoke some resins from a pipe that he offered to her. She said that she declined his offer. He told her that she would have to be his slave in order to learn. He said that she had duties to fulfill and made her make an oath. She made an oath in which she belonged only to him and he only to her. Part of the oath contained a promise to disobey her parents for him.

She said that he told her that they would be rich. She said that he promised to travel the world with her and buy houses in different countries. He told her that he, and only he, knew where the tree of life was located. He said that they would buy the property that it was on, and live there.

He had her strip so that she could wear an outfit that he said that he bought for her. She said that the outfit was a black dress and a black spider web shirt. She said that He inserted his finger into her vagina and moved it.

DCC0414

Case 2:16-cv-00019-JPS  Document 69-8  Filed 10/10/16  Page 17 of 29  Exhibit 1022 - 017



She said that he then took off his pants and underpants and began to lower her head onto his penis. She said that she told him that she did not want to do this. He told her that this is good for her and that this will protect her from STDs. She said that he told her that she would get immunity from other magic. She said that he told her to concentrate on what is in her mind.

She said that he lowered her head on his penis and took it in her mouth. She said that he moved her head for her. She said that he ejaculated in her mouth and that he made her swallow it, telling her that this was how she could get power.

She said that when he was done, he gave her a copy of his band's music and told her that he wanted her to choreograph the music.

She said that this was the only time that she had sex with Bob. I asked whether Bob had worn the metal thing on his hand when he inserted his finger and she said that he did not. She said that ███ gave him that, and that it is called finger armor and can be purchased at music stores and at the Goth store at Southridge.

She said that She has seen Bob other times but never alone (always with ███████)

At this point we were advised that others needed to use the room and I offered that I could conclude my interview ███ advised us that there were other things that she wanted to disclose.

We walked to a "hallway room." ███ said that she knows that Bob spray painted a picture of ███ on one of the walls of the church at St Ritas, where ███ is a member.

███ said that Bob told her on several occasions to call ███ He told her to tell ███ that she needed to come back to Bob. He told ███ that she was to tell ███ that she ███ was ███, the leader of an opposing magic group. She said that she did this several times.

She added that Bob knew that ███ had dated Nick, a person that ███ wanted to date. Bob told ███ that ███ would be available to ███ if she assisted Bob. Bob also taunted her with the fact that ███ took her boyfriend.

███ said that she has a tape that Bob gave her. She said that her mother will bring it to the station for me.

███ said that she will prosecute Bob. She said that, if she could get a pass, she would leave CATC on Wednesday for that purpose.

███ told me that ███ works at Cyberstation at Brookfield Square and that she has a fiancé. She fears that Bob may have more control over ███ . She feels that ███ may still be friends with Bob.

10/16/00 MCINTOSH

DCC0415

Case 2:16-cv-00019-JPS   Document 69-8   Filed 10/10/16   Page 18 of 29   Exhibit 1022 - 018



I had a voice mail from ████████ I called her back and she agreed to come to the station on 10/17/00 at 1100 hrs.

10/16/00 MCINTOSH

I met with ████████ I note that her full first name ████████ She agreed to speak with me in the sensitivity room at about 1300 hrs. She arrived with her fiancé, who waited in the foyer.

She said that she likes to sing and that she also plays guitar. She said that she and her boyfriend (at the time) did visit West Allis and went to the guitar shop that was there at that time. She said that Bob was in the store talking to someone that worked there. She said that Bob asked them if they both wanted to be in his band.

She said that they both joined Bobs band. She said that her boyfriend was asked to leave the band "Because he sucked." I asked her if she thought that he did (suck) and she responded that he did.

She said that she continued to play guitar in the band and sing back up vocals. She said that she learned that Bob is an artist. She said that she is also an artist. She said that Bob offered to give her art lessons for free. She said that Bob was helping her draw faces.

She said that he regularly sold his artwork (Bob told her this).. She said that he offered to draw her. She said that she agreed. He told her to bring her own modeling clothes, which included Black fishnet stockings, a black mini skirt, and a black shirt. She did bring the items in a bag. She said that she did not wear this to his parents house. She said that she arrived at Bobs house and changed.

She said that Bob took her into a room that had a bed with chains hanging down from the ceiling. She said that Bob provided her some marijuana. She said that they smoked it together and that she got really high. She remembers that there were some chairs and a table and a television in the room.

She said that Bob had her pose on the bed. She said that posed her on the bed. She was on her knees, with her hands, handcuffed to the chains at the end of the bed. She said that he began to draw a picture of her. She said that they talked as he drew. He then grabbed a camera and took some photos of her. He explained that he needed the photos so that he could continue to draw her even if she was not there.

Bob started saying that it was cold in the room. ████ told him that she disagreed and felt that it was not hot. She said that they discussed the temperature and remembered that it had snowed heavily that day and was cold outside.

She said that, during their discussion of the temperature, Bob left the room and went downstairs. She said that he returned and heard a sound like ice clinking in a glass. She said that he approached her from the rear and re-posed her. She said that he then inserted an ice cube into her vagina and asked her if she was cold now.

She said that she did not complain about this because she was so stoned. She said that she had been somewhat attracted to Bob also. She said that he left again. When he returned he asked her if she wanted some more pot. She agreed and then smoked some more pot together. She said that she was still chained to the bed and Bob had to hold the pipe for her.

11301 W. Lincoln Avenue West Allis , WI 53227 Telephone: (414)-302-8000 Fax: (414)302-8099          19

DCC0416



She said that he began drawing some more. She said that he then approached her from the rear and inserted his fingers into her vagina. She said that he withdrew his fingers and she then felt what she thought was a penis covered with a condom inside her vagina.

At this point she said that she emphatically and loudly began to scream for him to stop. She said that she did this several times. She said that he did not stop. She said that he finished. She said that he asked her, "was it good for you?" She replied "No!" He then asked her why she was crying. She replied that she was crying because she told him to stop. He replied "No you didn't"

She said that he uncuffed her. She went into the bathroom and remained in the bathroom for a while. She changed her clothes and went downstairs and said that they practiced some music. She said that she told ███, another girl in the band about this. ███ said, He does that with a lot of girls.

She said that she never returned to his house alone. She did return to his house on one other occasion. She said that she had several friends, including male friends, go to the house with her in an attempt to get the photos that Bob took. She said that Bob denied having taken any photos. He later said that they must be at a friends house.

██ said that she also told some friends of hers that Bob had raped her. One of her male friends confronted Bob with this. She said that Bob called her house and said that no one would believe her and said that he could sue her for defamation of character and that he would if she did not stop.

She said "I decided to let it go."

██ said that she never obtained the photos. She said that she suffers from depression and has cut herself on occasion as a result of this incident. She said that she still carries a razor blade with her.

She said that there may be another girl that was assaulted by Bob. She does not know this girls name but said that she knows that the girl was a friend of a girl named ████████ (phonetic).

██ said that she was assaulted in March of 1997.

10/17/00 MCINTOSH
Interview with ███████

██████ came to the station as requested. She said that she felt uncomfortable in the Police Station. She said that her father is a Police Dispatcher for the City of Stoughton. Her parents have been divorced for 18 years. █████ stated that she had many feelings of guilt and stupidity.

She said that she has known Bob for about 6 months. She said that she and ███ were at Avante garde, on Greenfield Ave. She said that Bob came up and said, You look like you would like my music." She said that he gave them a CD. She said that they talked about music and ██████ mentioned that she liked to sing and, had been a singer in a band. Bob told her that his band was looking for a singer.

DCC0417


She said that they agreed to meet later to talk about band membership and other things. She said that they did meet at the Burger King on 68th and Greenfield. She said that they went to his apartment from there. She said that they talked about the band, making videos, and doing some choreography while she was there.

She said that Bob wanted to meet each of them separately after this. It was ███████ understanding that She was to sing and ██████ was to do some choreography, and being 2 separate disciplines, it was logical to meet separately.

She said that later that week, in very early June, before school let out, she met with Bob in his apartment. She said that they talked about tarot cards, creation theories and past lives.

██████ was asked to continue after a while and had to given time to gather herself. I gave her a box of Kleenex. She said that Bob asked her to take her clothes off. She said that she did this and does not know why except that Bob had explained that it was a trust thing.

She said that she was then told to lie face down on the bed and that Bob tied her hands and feet to the bed with what appeared to be shoestrings. She said that this was also a trust thing. She said that Bob drew a design on her back. She said that he started talking to her about never getting sick. She said that she is always sick with something or another and this sounded very good to her.

Bob told her that he could give her immunity to illness.

At this point ██████ was very quiet and I decided to ask about other things. She said that the finger armor belongs to her and that she bought it at Hot Topic at Southridge. She said that it was left in the apartment so that Bob could put a spell on it for her. ██████ was asked if she thinks that magic exists. She replied that she is unsure.

I asked her what happened next. She said that Bob told her to suck his dick. She said that he told her that it would give her immunity to disease. She said that she did. She said that she stopped a couple of times and Bob would encourage her to continue and she would.

She said that she finally stopped and curled up on the bed.

I asked her if he did anything else. She said that she tapped her with a whip and also inserted the whip into her vagina. She said that she only had sex with him one time and that she did not know that he was video taping her. She said that she will press charges for the unauthorized video taping or other wise assist with this case even if her case is not charged.

In regards to her involvement with ██████ she made the following statements. Bob told her that he had dated ██████ He told her that she was an integral part of their magic group and necessary to "make magic happen."

He told her that He and ██████ were supposed to be together and had been married in a past life. She said that Bob gave her ██████ number. He knew that ██████ had known her from the past. ██████ states

DCC0418

Case 2:16-cv-00019-JPS   Document 69-8   Filed 10/10/16   Page 21 of 29   Exhibit 022 - 021



that she had lost track of ▓▓▓▓ after she had moved from her old neighborhood. She said that she and ▓▓▓▓ had never been friends.

She said that she did call ▓▓▓▓ and had to explain who she was. She told ▓▓▓▓ that a friend of hers needed the magic items that Bob had given her. She said that she convinced ▓▓▓▓ to return the items at the Burger King on 68th and Greenfield. She said ▓▓▓▓ did meet her. She convinced ▓▓▓▓ to go to Bob's apartment under the ruse that she, ▓▓▓▓, lived there.

She said that ▓▓▓▓ trusted her and went. She said that Bob was there and took them to his room. He said that Bob told ▓▓▓▓ to leave, which made her feel uncomfortable. She said that ▓▓▓▓ left shortly after that.

▓▓▓▓ denied using any drugs at any time with Bob.

As an example of how Bob works, she noted that Bob told her that they were alike in that they have the same initials and were born on the same day of the year as each other.

**10/17/2000 Lt. Blaskowski reporting..**

I assisted in the viewing of the video tapes confiscated at Huber's former room and the 2 video tapes given to detective McIntosh by ▓▓▓▓▓▓▓

Detective Novak marked the tapes with the numbers 1 through 6

**Tape #4 :** shows sexual activity between Huber and child victim ████████ This tape shows 5 separate sexual assaults.

(#1) ████████ was nude from the waist up and was wearing panties. Huber had ▓▓▓▓▓▓ on her knees with her mouth on his penis performing oral sex on Huber. This scene took place at Huber's parent's house located at ████████ Huber was first standing while ████████ was performing oral sex on him and he then sat down during the assault ████ was on her knees and Huber took a string and tied it to her left wrist, he then tied her hands behind her back and had her continue performing oral sex on him. Huber would change from standing to sitting while having ████████ performing oral sex on him. Huber was also fingering ▓▓▓▓▓▓▓▓▓ vagina. As Huber is getting close to ejaculation he forcefully hold ████████ head onto his penis forcing her to swallow his ejaculate.

(#2) This takes place at Huber's mother's house. The video shows ▓▓▓▓▓▓▓ with her hands tied behind her back and Huber is standing while ▓▓▓▓▓▓ is kneeling performing oral sex on Huber. Huber then sits down and starts to finger ▓▓▓▓▓▓▓ vagina. As Huber is getting to ejaculate he places his hand on ▓▓▓▓▓▓ back keeping her head down as he ejaculates in her mouth forcing her to swallow his ejaculate.

DCC0419



(#3) This video takes place at Huber's parents house located at ███████████████ is naked and on her knees with Huber standing over her as she performs oral sex on him. Huber then sits down and starts to finger ███████████ vagina as she is performing oral sex on him. As Huber is getting ready to ejaculate he leans over ███████████ back forcing her head onto his penis and preventing her from removing her mouth from his penis as he ejaculates into her mouth forcing her to swallow his ejaculate.

(#4) This video also take place at Huber's parents house and it shows ███████████ nude from the waist down and she is on her knees while Huber is standing over her as she is performing oral sex on Huber. Huber then sits down and fondles ███████████ breasts. As Huber is getting ready to ejaculate he is leaning over ███████████ body forcing her onto his penis. After he ejaculates she manages to pull her head away and spit his semen out of her mouth.

(#5) This also took place at Huber's mother's house. ███████████ and Huber were playing with some cards. ███████████ takes her cloths off and Huber hands her a top to put on. Huber has ███████ lay down on a small table and spreads her legs. Huber then draws on ███████████ body in her pubic area. Huber then puts his face down on ███████████ vaginal area for a few seconds. After this Huber then hugs and kisses ███████████ on the head and then has her get on her knees as he stands over her as he put his penis into her mouth. Huber then sits down as ███████████ continues to perform oral sex on him and Huber starts to finger her vagina. As Huber is getting ready to ejaculate he leans over ███████ ███████████ body holding her head down on his penis as he ejaculates into her mouth forcing her to swallow his ejaculate.

**TAPE #5 – the tape** ███████████ **had been given by Huber's parents.**

Has one scene at Huber's parent's house and it shows ███████████ her panties performing oral sex on Huber as he is standing and she is kneeling. Huber tie ███████████ hands together and has he continue oral sex on him. Huber goes from sitting to standing and as he is ready to ejaculate he holds her head down on his penis as he ejaculates into her mouth forcing her to swallow his ejaculate.

**Tape#6 the tape that** ███████████ **had been given by Huber's parents..**

(#1) Scene one takes place at Huber's parent's house and it shows Huber and ███████████ sitting and talking at a table ███████████ takes some cigarettes from her purse and gives them to Huber ███████████ then removes her pants and sits on a larger table. Huber then removes ███████████ body near panties and has her lay back with her legs spread. Huber proceeds to draw on ███████████ body near her pubic area. ███████████ then stands up and Huber ties her hands behind her back and has her kneel on the floor as he stands over her and places his penis in her mouth ███████████ performs oral sex on Huber as he is standing and sitting. Huber is also fingering her vagina.

(#2) Scene takes place at Huber's parent's house. Both Huber and ███████████ are clothed and are looking at a magazine ███████████ undresses and she kneels down and starts to give Huber oral sex. Huber is fingering ███████████ vagina as she performs oral sex on him and as he is ready to ejaculate in her mouth he holds her head down to force her to swallow his ejaculate.

DCC0420

Case 2:16-cv-00019-JPS   Document 69-8   Filed 10/10/16   Page 23 of 29   Exhibit 1022 - 023



(#3) Scene takes place at his parents house, ███████ is undressed and she puts a top on and lies on a table with her legs spread as Huber draws on her pubic area. Huber then ties her hands together behind her back and has her kneel on the floor. As Huber goes from sitting to standing and back to sitting his is forcing ███████ perform oral sex on him. Huber attempts to hold ███████ head down as he ejaculates in her mouth but she does not swallow his ejaculate. Instead when she is allowed to pull her head off of his penis she leans to the right and spits the ejaculate on the floor as she coughs. It is apparent that ███████ is upset about this and she starts to cry. Huber is talking to her and he then grabs the back of her head and forces he for put her mouth on his penis again performing oral sex on him. This time Huber again ejaculates in her mouth and she leans to the left and spits his eejaculate out of her mouth. ███████ s still visibly shaken about that Huber was doing to her.

███████ also turned over to detectives several letters she received from Huber. These letters detail death threats to both Janelle and her sister if Janelle goes to the police. The letters are attached. In some of the letters Huber is the author but tries to disguise his identity by using his former girlfriend Becky's name. He also drafts letters to appear tha ███████ is the author. In some of the letters to ███████ Huber threatens to kill ███████ and her entire family for leaving her.

He makes references to her leaving her **master and that she and her family would be killed.**

**10/19/2000 Lt. Blaskowski.**

I received a call from Parole Agent Mike Walczak agent for Huber requesting a copy of this report for his parole revocation proceedings. I provided him with a copy of the report.

DCC0421


She denies ever hearing a reference to "Nimue." I note that this name was used to describe ████ in HUBERs letter to ████ I did not explain the question.

████ and I then left Whitnall and drove to West Allis for the purpose of identifying where Bob lived and thus committed the above acts. We exited 894 at National Avenue and drove east to the signal at W. Lincoln Ave. I told Janelle that I would like her to direct me to Bob's parents house. She directed me east on National to 72nd Str. We went directly to 1443, which she pointed at and described as "this gray house, which is next to the peach house."

She then directed me to drive to Greenfield Ave. We went east to 6511 W. Greenfield. She pointed at the door and said that this was the place that Robyn brought her to and noted that they went upstairs.

I asked ████ if she had viewed the tapes given to her by Bob's mother, ████ She said that she started to watch one for just a couple of minutes and then did not watch anymore. She said that the images that she saw depict her at the age of 15 years old.

10/31/00 MCINTOSH
ADA Norm GAHN issued 3 counts of 2nd degree sexual assault of a child (BC-20 years) and 1 misdemeanor count of sexual intercourse with a child over 16. The case number is 00CF005477. The complaint was signed by ADA Gale SHELTON. Case prep was notified that an order to produce is needed. Clarissa (SA secretary) faxed a copy of the complaint to probation agent WALCZAK. Sgt SCHUK will notify MCSO to book this person for us. A no contact order accompanies the complaint.

10/31/00 MCINTOSH
████ family also has the following members:
████████████████████

All of whom live wit ████████████

A news report was filed with Channel 4 this date. Lt BLASKOWSKI was interviewed. An article was also given to the West Allis Star.

I placed a VHS tape of ████ disclosure on **property number 20601.**

11/02/00 MCINTOSH
I returned a voice mail from ████ She said that she had received a plant at her place of employment. She said that the plant came this last Tuesday. She said that she did not work that day but another employee received the plant. She said that there was a card attached to the plant and it is signed "Bob." She said that she has the card at home but will bring it to work tomorrow so that I can retrieve it. I told her that I wanted to take a picture of the plant. She said that she will destroy the plant when I am done, pretending that the plant is Bob.

DCC0422



# West Allis Police Department
# Incident Report

I00I0256

I called ███████ and left a message on her machine requesting permission to talk to ████████████

11/03/00 MCINTOSH
I went to the Cigarette Depot and recovered the note that came with the flowers that ████
received. She said that she had destroyed the plant and placed it in the trash. The writing on the card is
as follows: ██████, please accept these for any trouble I may have caused you. Sencerialy Bob From CF."
I note that ████ believes that this card and the accompanying flowers were sent by Robert HUBER
possibly via her sister ████████████

I placed the card on property 20583.

I called ███████ who agreed to bring ██████ to the station today after 1230 hrs.

██████ did come to the station and said that Bob only touched her butt over her clothes on a couple of
occasions.

11/10/00 MCINTOSH
I received a voice mail message from ████████ She reported receiving 2 letters from Bob. I called
her back and then responded to her house. She did turn over 2 letters. I returned to the station and placed
these on **property number 20626.** One letter is postmarked 10/30/00 and one is postmarked 11/07/00.

I will deliver the above to the ADA at PE this afternoon.

11301 W. Lincoln Avenue West Allis , WI 53227 Telephone: (414)-302-8000 Fax: (414)302-8099  32

DCC0423

Exhibit 1022 - 026

00CF005477

## CIRCUIT COURT
## STATE OF WISCONSIN CRIMINAL DIVISION MILWAUKEE COUNTY

**STATE OF WISCONSIN**               **Plaintiff**               **CRIMINAL COMPLAINT**

vs.

Huber, Robert Wayne                                    **Complaining Witness:**
1443 S 72nd St
Milwaukee, Wisconsin 53214                  Detective Dan McIntosh
(D.O.B. : November 9, 1968)

**DA Case Number: 00XF8142**
**Defendant(s)**     **Circuit Court Case Number:**

---

**THE ABOVE NAMED COMPLAINING WITNESS BEING DULY SWORN SAYS THAT THE ABOVE NAMED DEFENDANT(S) IN THE COUNTY OF MILWAUKEE, STATE OF WISCONSIN.**

**COUNT 01: SEXUAL ASSAULT OF A CHILD, SECOND DEGREE**
In the middle of February, 1998, at 1443 S 72nd St, City of West Allis, did have sexual contact (mouth to vagina) with ███████████ born September 29, 1982, a person who had not attained the age of 16 years, contrary to Wisconsin Statutes Section 948.02(2).

**COUNT 02: SEXUAL ASSAULT OF A CHILD, SECOND DEGREE**
During March, 1998, at 1443 S 72nd St, City of West Allis, did have sexual intercourse (penis to mouth) with ███████████ born September 29, 1982, a person who had not attained the age of 16 years, contrary to Wisconsin Statutes Section 948.02(2).

**COUNT 03: SEXUAL ASSAULT OF A CHILD, SECOND DEGREE**
During June or July, 1998, at 1443 S 72nd St, City of West Allis, did have sexual intercourse (penis to vagina) with ███████████████████████ person who had not attained the age of 16 years, contrary to Wisconsin Statutes Section 948.02(2).

**COUNT 04: SEXUAL INTERCOURSE WITH A CHILD AGE 16 OR OLDER**
Sometime in June, 2000, at 6511 West Greenfield Avenue St, City of West Allis, did have sexual intercourse with ███████████ a child who is not the said defendant's spouse and who has attained the age of 16 years, contrary to Wisconsin Statutes Section 948.09.

**AS TO COUNT 01:**
Upon conviction of this charge, a Class BC Felony, the maximum possible penalty is a fine of not more than $10,000 or imprisonment for not more than 20 years or both.

**AS TO COUNT 02:**
Upon conviction of this charge, a Class BC Felony, the maximum possible penalty is a fine of not more than $10,000 or imprisonment for not more than 20 years or both.

**AS TO COUNT 03:**
Upon conviction of this charge, a Class BC Felony, the maximum possible penalty is a fine of not more than $10,000 or imprisonment for not more than 20 years or both.

DCC0424

Exhibit 1022 - 027

Huber, Robert Wayne    D.O.B. November 9, 1968          Page        - 2 -

## AS TO COUNT 04:

Upon conviction of this charge, a Class A Misdemeanor, the maximum possible penalty is a fine of not more than $10,000 or imprisonment for not more than 9 months or both.

Complainant states that he is a Detective with the City of West Allis Police Department and bases this complaint upon the following:

Upon the statements of ███████████ an adult citizen, who stated that she is 18 years of age with a date of birth of September 29, 1982. ███████ stated that she met the above-named defendant when she was 14 years of age during the summer of 1997. At that time, the above-named defendant asked ███████ if she wanted to audition as a female vocalist for a band that he was in. ███████ stated that she agreed and did watch the band practice on a regular basis and also began to take guitar lessons from the defendant. ███████ stated that the defendant invited her over to his residence for a New Year's eve party and that when she arrived there, the defendant gave her a mixed drink and they both smoked a marijuana cigarette. ███████ stated that she continued to go to the defendant's house to watch band practices and to learn guitar. ███████ stated that she and the defendant routinely smoked marijuana together. ███████ stated that in the middle of February, 1998, when she was 15 years of age, while at the defendant's residence at 1443 South 72nd Street, city of West Allis, county of Milwaukee, Wisconsin, the above-named defendant performed oral sex on her in which ███████ described the oral sex as the defendant licking her vagina with his tongue. ███████ stated that from the middle of February, 1998 until the middle of March, 1998, the defendant performed numerous acts of mouth-to-vagina intercourse on her. ███████ further stated that during March, 1998, the above-named defendant stood in front of her with his penis exposed, told her to kneel down, and told her to perform oral sex upon him. ███████ stated that the defendant placed his penis into her mouth and ejaculated in her mouth. ███████ stated that between March of 1998 and June of 1998, the defendant placed his penis in her mouth approximately once a week. ███████ also stated that during this time frame, the defendant performed oral sex on her. ███████ stated that the penis-to-mouth sexual intercourse took place at the defendant's residence at 1443 South 72nd Street, city of West Allis, county of Milwaukee, Wisconsin. ███████ further stated that in June or July of 1998, again while at the defendant's residence at 1443 South 72nd Street, city of West Allis, county of Milwaukee, Wisconsin, the above-named defendant placed his penis into Schweitzer's vagina and performed penis-to-vagina sexual intercourse. ███████ stated that she had penis-to-vagina sexual intercourse with the defendant for a total of three times while she was 15 years of age. ███████ further stated that she had sexual intercourse with the defendant approximately three times after she turned 16 years of age on September 29, 1998. ███████ stated that during the summer of 1999, just before turning 17 years of age, she was at the residence of the defendant on 72nd Street when the defendant wanted to have sex with her. ███████ stated that she did not want to have sex on that occasion, but that the defendant grabbed a kitchen knife and held it in front of her face and screamed at her "if you don't do this, you're enemies will kill you or maybe I will kill you." ███████ stated that she then agreed to have oral sex with the defendant. ███████ also stated that on another occasion a few weeks later, she did not want to have sex with the defendant, but that he choked her by the throat and told her to have sex with him and that she complied.

Huber, Robert Wayne    D.O.B. November 9, 1963         Page         - 3 -

Your complainant further bases this complaint upon the statements of ███████████ a juvenile citizen, who stated that she is 16 years of age with a date of birth of██████████████ stated that during June of 2000, she met the above-named defendant and that the defendant was looking for a singer for his band. ███████ stated that she agreed to meet the defendant at his residence at ████████████████████████████████ county of Milwaukee, Wisconsin, and that while at that location with the defendant, the defendant inserted his finger into her vagina and also placed his penis into her mouth and ejaculated in her mouth. ███████ stated that this occurred shortly after she turned 16 years of age on May 17, 2000.

****End of Complaint****

Subscribed and sworn to before me
and approved for filing on this
___31 st___ day of ___October___
2000

**DEPUTY / ASSISTANT DISTRICT
ATTORNEY**                                   **Complaining Witness**

Norman A. Gahn\CMASK

— FELONY COMPLAINT —

DCC0426