8/4/04

Dear Ms Stroud.

I am Robert Huber #193205, and am currently incarcerated at Stanley Correctional Institution. I have been recently notified that I am scheduled for a parole hearing and that Agent Mike Walczak is still assigned to my case.

In 2000, I found it suspicious that Agent Walczak was putting the money orders I submitted for supervision fees and restitution into his wallet. After several months (6) of making payments, I asked for an update regarding how much I owed, there was no change. I wanted to know where my money was going so I reported the activity to the State Attorney General's Office. "Coincidentally" about a month later I got a letter from Walczak saying my restitution had been "zeroed out" and that if I gave him $166.00 he would give me my discharge papers.

This as, you should know, is illegal. Supervision cannot be extended or revoked, nor can discharge be withheld for unpaid supervision fees (which by the way the D.O.C accounting office, through my attorney, could find no $166.00 owing in its own.)

My restitution was zeroed out in August of 2000 and I should've been discharged immediately. Instead, Walczak attempted to extort a fictitious $166.00 from me for me to get my discharge, and then a few months

DCC0983

Case 2:16-cv-00019-JPS   Document 69-10   Filed 10/10/16   Page 1 of 4   Exhibit 1024 - 001

later had my supervision revoked, I reasoned you not only did he have my supervision revoked months after I should've been legally discharged, but he knowingly falsified documents, lied during the revocation hearing and sentencing, falsified a pre-sentence investigation and knowingly engaged in other illegal activities in order to secure my revocation.

My Atty, Andrew Franklin, can verify this information. He is handling my upcoming Writ of Habeas Corpus regarding the illegal revocation and re-sentencing. And I intend to pursue charges of Malicious Prosecution based on the incontrovertible evidence that has been discovered against Agent Walczak.

For Agent Walczak to still be assigned to my case and have any involvement in my upcoming parole hearing is a conflict of interest since Walczak has already proven that he is vindictive and cannot be objective in his handling of my case. The charges I have made thus far, as I said is incontrovertible, and there are also more serious allegations against Walczak being investigated in this matter, including possible witness tampering and threats of physical malice.

I sincerely believe that pending these matters, it would be in the best interest of the state, the D.O.C., Agent Walczak, and myself, that Agent Walczak

DCC0984
Exhibit 1024 - 002

be removed from handling my case, and that it be transferred to another Agent, effective Immediately.

Thank you for your time and attention in this matter. If you need to verify the facts regarding this with my attorney he may be reached at his office (414) 908-4260.

Thank you again

Respectfully

*[signature]*

DCC0985

Case 2:16-cv-00019-JPS   Document 69-10   Filed 10/10/16   Page 3 of 4   Exhibit 1024 - 003

Robert Huber #193205
Stanley Correctional Institution
100 Corrections Drive
Stanley, WI 54768-6500




Supervisor:
Maria Stroud
Unit 324
1623 South 9th St
Milwaukee, WI 53284

53204+3453

DCC0986

Case 2:16-cv-00019-JPS   Document 69-10   Filed 10/10/16   Page 4 of 4   Exhibit 1024 - 004