UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

ROBERT W HUBER JR.,
    Plaintiff

v.                          Case No 16-C-19

GLORIA ANDERSON, et al.,
    Defendants

---

DECLARATION OF ROBERT HUBER IN SUPPORT OF MOTION
TO STRIKE AND FOR SANCTIONS FOR SUBMITTING FIRST
DECLARATIONS PURSUANT TO FED. R. CIV. P. 56(h).

---

ROBERT HUBER JR declares as follows under penalty of perjury
pursuant to 28 U.S.C. § 1746:

1. I am an adult resident of the State of Wisconsin and
make this declaration upon review of records related to this case.

2. All documents referred to in the Motion to Strike and for
Sanctions are already a part of the record.

PURSUANT TO 28 U.S.C. § 1746, I VERIFY UNDER PENALTY
OF PERJURY THAT THE STATEMENTS IN THIS DECLARATION ARE TRUE
AND CORRECT.

Dated this 8th day of November, 2016.

Robert W Huber