# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

ROBERT W. HUBER, JR.

**NOTICE**

v.

Case Number: 16-CV-19-JPS

GLORIA ANDERSON, ELIZABETH HARTMANN, MIKE WALCZAK, NIOMI BOCK, KATHY WALTER, and ALLAN KASPRZAK

| Type of case: | ☑ CIVIL | ☐ CRIMINAL |
|---|---|---|

Take notice that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE:<br>Federal Courthouse<br>517 E. Wisconsin Ave.<br>Milwaukee, Wisconsin | ROOM NO.: 425 |
|---|---|
| | DATE AND TIME: THURSDAY, FEBRUARY 7, 2019 at 10:00 AM |

TYPE OF PROCEEDING:

## STATUS CONFERENCE

To help move this case forward in a timely manner, the Court has scheduled a Status Conference for the above-referenced date and time.

To accommodate the parties' schedule, appearances may be made by telephone; however, neither cell phones nor calls made over a speaker phone may be used, as both technologies are incompatible with the Court's sound/teleconferencing equipment.

The Court will initiate the call. Therefore, if appearing by telephone, the parties must notify the Court at 414-297-1122, in advance, of the direct number at which they may be reached.

|  | STEPHEN C. DRIES |
|---|---|
|  | Clerk of Court |
| January 25, 2019 | s/ Jodi L. Malek |
| Date | (By) Deputy Clerk |